Deborah E. Johnson
P.O. Box 4448
Carmel, California 93921-4448
Telephone: 831-622-0132

Gerald D. Johnson (Pro Se, filing party)
P.O. Box 4448
Carmel, California 93921-4448
Telephone: 831-622-0132
E-mail: aprgdj@cs.com

Plaintiffs

FILED

2008 JAN 23 A 10:18

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# United States District Court

## North District Of California

### San Jose Division

| | |
|---|---|
| In re.<br><br>Deborah E. Johnson and Gerald D. Johnson,<br><br>Plaintiffs,<br><br>vs.<br><br>First Federal Bank Of California<br><br>Defendant. | Case No. C08 00264 PVT<br><br>**Notice of Demand For Jury Trial**<br><br>**Proof Of Service** |

1. Deborah E. Johnson and Gerald D. Johnson (Plaintiffs) demand jury trial on all issues.

Dated: JAN. 22, 2008

_____
Deborah E. Johnson    Plaintiff

_____
Gerald D. Johnson (Pro Se)  Plaintiff