Proof Of Service    **FILED**

I, CHARLES HENDERSON, the undersigned hereby declare:

2008 JAN 23 A 10:49

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. CT. CA. S.J.

I am over eighteen years of age and not a party to the above action. My address is 785 BROADWAY AVE. SEASIDE, CA. 93955.

On JAN. 23RD 2008, I personally served a true copy of:

**Demand For Jury Trial & Proof Of Service**

On the interested party named below, addressed as follows:

First Federal Bank Of California
Corporate Office
401 Wilshire Boulevard
Santa Monica, California
90401

[X] By U.S. First Class Mail, at SEASIDE, CALIFORNIA, I placed such envelope for deposit with the United States Postal Service by placing for collection and mailing on that date following ordinary business practices.

( ) Via Hand Delivery, I delivered such envelope(s) by hand to the offices of the addressees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on JAN. 23RD 2008, at SEASIDE, CALIFORNIA.

_____
Sign Name

CHARLES HENDERSON
Print Name

2    JDemand Case No. C08 00264 PVT