1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         NORTHERN DISTRICT OF CALIFORNIA
8
9  DEBORAH E. JOHNSON and GERALD D.
   JOHNSON,                                   No. C 08-00264PVT
10
              Plaintiff(s),                   **CONSENT TO PROCEED BEFORE A
                                              UNITED STATES MAGISTRATE JUDGE**
11     v.
   FIRST FEDERAL BANK OF CALIFORNIA,
12
13            Defendant(s).
                                         /
14

15     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21 Dated: January 28, 2008                    _____/s/ Pamela L. Cox_____
                                                         Signature
22
                                              Counsel for   Defendant
23                                            (Plaintiff, Defendant or indicate "pro se")

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is Hemar, Rousso & Heald, LLP. ("the business") 15910 Ventura Boulevard, 12th Floor, Encino, CA 91436.

    I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

    On January 28, 2008, I served the foregoing document described as **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

**DEBORAH E. JOHNSON**
PO Box 4448
Carmel, CA 93921-4448

**GERALD D. JOHNSON (Pro Se, Filing Party)**
PO Box 4448
Carmel, CA 93921-4448

XX    At my business address, I placed such envelope for deposit with the ___Federal Express or XX U.S. Postal Office by placing them for collection and mailing on that date following ordinary business practices.

___    I delivered such envelope(s) by hand to the offices of the addressees.

___    I caused such copies to be facsimiled to the persons set forth.

XX    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

___    (Federal) I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 28, 2008 at Encino, California.

SANAZ ADNANI

1
PROOF OF SERVICE