Deborah E. Johnson
P.O.Box 4448
Carmel, California 93921-4448
Telephone: 831-622-0132

Gerald D. Johnson (Pro Se, filing party)
P.O.Box 4448
Carmel, California 93921-4448
Telephone: 831-622-0132
E-mail: aprgdj@cs.com

Plaintiffs

FILED

2008 JAN 29 P 1:09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# United States District Court

## North District Of California

### San Jose Division

In re.                                          ) Case No. C08 00264 PVT
                                                )
Deborah E. Johnson and Gerald D. Johnson,       ) Honorable Patricia V. Trumbull
                                                )
                                    Plaintiffs, ) **Return Of Service**
vs.                                             )
                                                ) **Proof Of Service**
First Federal Bank Of California                )
                                                )
                                    Defendant.  )

1. Plaintiffs "RETURN OF SERVICE" for Summons and Complaint is attached.

Dated: JAN. 26, 2008

Deborah E. Johnson    Plaintiff

Gerald D. Johnson (Pro Se)    Plaintiff

Case No. C08 00264 PVT

# RETURN OF SERVICE

DATE: 1/18/08

Service of the Summons and Complaint was made by me [1]

Name of SERVER: Caleb Manasseh     TITLE: Friend

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:
401 Wilshire Blvd, Santa Monica, CA-90401

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
Pat Player
Sr. Admin. Asst. (Legal dept)

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/18/08
Date

Signature of Server: Caleb Manasseh
401 E. Hillcrest Bl., #1
Inglewood, CA 90301
Address of Server

OTHER DOCS.
DELIVERED: DISPUTE RESOLUTION PROCEDURES, ORDER SETTING CASE MANAGEMENT
STANDING ORDERS, FORM CASE MANAGEMENT STATEMENT, ADR PROGRAM, CERTIFICATION

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## Proof Of Service

I, _TERI PORTEOUS_, the undersigned hereby declare:

I am over eighteen years of age and not a party to the above action. My address is _THE UPS STORE 2160 CALIFORNIA AVE. #B SAND CITY 93955_.

On _01-28-2008_, I personally served a true copy of:

**Return Of Service & Proof Of Service**

On the interested party named below, addressed as follows:

First Federal Bank Of California
Corporate Office
401 Wilshire Boulevard
Santa Monica, California
90401

(X) By U.S. First Class Mail, at _SAND CITY, CALIFORNIA_, I placed such envelope for deposit with the United States Postal Service by placing for collection and mailing on that date following ordinary business practices.

(_) Via Hand Delivery, I delivered such envelope(s) by hand to the offices of the addressees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _01-28-2008_, at _SAND CITY, CALIFORNIA_.

_/s/ Teri Porteous_
Sign Name

_TERI PORTEOUS_
Print Name

Case No. C08 00264 PVT