1
2
3
4
5
6

7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9                              SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH E. JOHNSON and GERALD D. JOHNSON,<br><br>            Plaintiffs,<br><br>    v.<br><br>FIRST FEDERAL BANK OF CALIFORNIA<br><br>            Defendant . | Case No.: C 08-00264 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On January 28 2008, defendant First Federal Bank of California filed a motion to dismiss. This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion to dismiss, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than February 25, 2008, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated: *2/20/2008*

                                                                                *Patricia V. Trumbull*
                                                                                PATRICIA V. TRUMBULL
                                                                                United States Magistrate Judge

ORDER, *page 1*

1  C 08-00264 PVT

2  Copies of the order were mailed on February 20, 2008 to the following parties:

3  Deborah E. Johnson
   P.O. Box 4448
4  Carmel, CA 93921-4448

5  Gerald D. Johnson
   P.O. Box 4448
6  Carmel, CA 93921-4448

7

8

9                                          <u>EunHae Park</u> for
                                            Corinne Lew
10                                          Courtroom Deputy

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*