**Proof Of Service**

I, _TERi PORTEOUS_, the undersigned hereby declare:

I am over eighteen years of age and not a party to the above action. My address is _2160 CALIFORNIA AVE. STE. B SAND CITY, CA. 93955_.

On _2-25-2008_, I personally served a true copy of:

**"CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE"**

On the interested party named below, addressed as follows:

Pamela L. Cox
Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Attorneys for Defendant, First Federal Bank of California

(X)  By U.S. First Class Mail, at _SAND CITY, CALIFORNIA_ placed such envelope for deposit with the United States Postal Service by placing for collection and mailing on that date following ordinary business practices.

( )  Via Hand Delivery, I delivered such envelope(s) by hand to the offices of the addressees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _2-25-2008_, at _SAND CITY, CALIFORNIA_

_Teri Porteous_
Sign Name

_TERi PORTEOUS_
Print Name

1