UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 3/4/08

Court Reporter: Jana Ridenour     Clerk: C. Lew

Case No: C 08-00264 PVT     Case Title: Johnson vs. First Federal Bank of California

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Deborah Johnson<br>Gerald Johnson | Pamela Cox (by telephone) |

PROCEEDINGS

Pretrial Conferences:   [ ] Initial       [ ] Status    [ ] Discovery

  [ ] Settlement   [ ] Final

  [ ] Other

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. Motion to Dismiss. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

DISPOSITION

[ ] Granted            [X] Submitted          [ ] Settled

[ ] Denied             [ ] Briefs to be filed    [ ] Not Settled

[ ] Granted in part, denied in part           [ ] Off Calendar

[ ]

ORDER TO BE PREPARED BY

[ ] Plaintiff     [ ] Defendant        [X] Court         [ ] Court w/opinion