C08 00264 PVT

## Proof Of Service

I, __TERI PORTEOUS__, the undersigned hereby declare:

I am over eighteen years of age and not a party to the above action. My address is __2160 CALIFORNIA AVE., STE. B SAND CITY, CA. 93955-3172__

On __04-01-08__, I personally served a true copy of:

**"FIRST AMENDED COMPLAINT FOR MORTGAGE & BANK FRAUD, FRAUDULENT TRANSFER, TRUTH IN LENDING ACT & RESCISSION VIOLATIONS, FOR RELIEF & DAMAGES, JURY TRIAL DEMAND"**

On the interested party named below, addressed as follows:

PAMELA COX
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Attorneys for Defendant, First Federal Bank of California

[X] By U.S. First Class Mail, at __SAND CITY, CA.__, I placed such envelope for deposit with the United States Postal Service by placing for collection and mailing on that date following ordinary business practices.

( ) Via Hand Delivery, I delivered such envelope(s) by hand to the offices of the addressees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04-01-08__, at __SAND CITY, CA.__

_/s/ Teri Porteous_
Sign Name

__TERI PORTEOUS__
Print Name

*Filed APR 01 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

1

Case No. C08 00264 PVT