UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEBORAH E. JOHNSON; GERALD D. JOHNSON

Plaintiff(s),

v.

FIRST FEDERAL BANK OF CALIFORNIA

Defendant(s).
_____/

CASE NO. C08-00264 PVT

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference MAY 6, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| DEBORAH E. JOHNSON, | PLAINTIFF IN PRO SE | 831-622-0132 | aprgdj@cs.com |
| GERALD D. JOHNSON, | PLAINTIFF IN PRO SE | 831-622-0132 | aprgjd@cs.com |
| PAMELA L. COX, | for FIRST FEDERAL BANK OF CALIFORNIA | 818-501-3800 | pcox@hemar-rousso.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 4/15/08

Attorney for Plaintiff

Dated: 4/15/08

Attorney for Defendant

Rev 12.05