PAMELA L. COX (State Bar No. 191883)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
(818) 501-3800; (818) 501-2985 (Fax)
e-mail: pcox@hemar-rousso.com
Refer to File Number: 3968-20080200-PLC

Attorneys for Defendant
FIRST FEDERAL BANK OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH E. JOHNSON and GERALD D. JOHNSON, | CASE NO. C08-00264PVT |
| | [Ordered Related to Case No. 08-01796 PVT] |
| Plaintiffs, | |
| | DECLARATION OF CAROL BAXTER IN SUPPORT DEFENDANT'S |
| v. | MOTION TO DISMISS PLAINTIFFS' |
| FIRST FEDERAL BANK OF CALIFORNIA, | AMENDED COMPLAINT AND COMPLAINT IN RELATED CASE |
| | Hearing: Date : June 3, 2008 Time: 10:00 a.m. Courtroom: 5 |
| Defendant. | Patricia V. Trumbell, Magistrate |

I, CAROL A. BAXTER, hereby declare as follows:

1.    I am employed by First Federal Bank of California (hereinafter,

"Movant" or "Defendant") as its Senior Vice President, Loan Service Department. I am a

custodian of the books, records and files of Movant, as those records pertain to loans or

extensions of credit by Movant to Deborah Elizabeth Johnson (hereinafter,

"Respondent"). I have personally worked on said records, and as to the facts contained

herein, I know them to be true of my own personal knowledge or I have gained

knowledge of them from the records of Movant which are prepared and maintained in the

1 | ordinary course of its business, at or near the time of the acts or occurrences depicted or
2 | represented by such records.  If called upon as a witness, I could and would competently
3 | testify to the facts contained herein, as I have personal knowledge thereof.

4 | 2.    The records of Respondent are made in the ordinary course of Movant's
5 | business by persons with a business duty to Movant to make such records.  The records
6 | were made at or near the time of the occurrence of the event which they purport to
7 | memorialize.

8 | 3.    Movant's records are kept on a computer system and organized by
9 | account number, including records of all contacts made by entities or individuals involved
10 | in a particular loan transaction.  Similarly, a record of all payments received by Movant
11 | are processed into Movant's computer system indicating the date on which the payment
12 | was received, its application to an outstanding loan, the balance remaining due and owing
13 | after application of such proceeds, and whether a late charge is applicable based upon the
14 | date the payment was made.

15 | 4.    Movant's books and records for Respondent's accounts herein were kept
16 | in the manner described above.

17 | 5.    In connection with my review of the subject account, I have reviewed
18 | and am familiar with the records related to certain real property commonly known as 2nd
19 | Avenue 2NE of Dolores Street, Carmel, California  93921 (hereinafter, "Property").

20 | 6.    Based upon my review of the records of Respondent, I am informed and
21 | believe that the Property was non-judicially foreclosed upon by the bank.  I am further
22 | informed and believe that the bank used a service known as T.D. Service Company to
23 | foreclose upon the Property.  I have used this service countless times in connection with
24 | non-judicial foreclosures of real property, am thoroughly familiar with the process and
25 | documents, and if called upon to testify as to such process and documents, I could and
26 | would competently testify to the matters contained herein below.

27 | 7.    On February 27, 2005, Respondent, Deborah E. Johnson, executed and
28 | delivered to Movant a Uniform Residential Loan Application, along with the following

2

1  documents prepared by her mortgage loan broker, Pacific Mortgage Consultants, Inc.
2  ("PCM"): Authorization to Disclose, Notice to Applicant of Right to Receive Copy of the
3  Appraisal Report, Notice to Home Loan Applicant - California Credit Score Disclosure,
4  Broker and Borrower Document Certification, and Mortgage Loan Origination
5  Agreement. Each of these documents appear to have been executed by Deborah Johnson
6  (and not her attorney in fact, Gerald Johnson) on February 27, 2005. Attached hereto
7  collectively as Exhibit "1" and incorporated herein by reference are true and correct
8  copies of these documents. Based upon my review of these documents, PCM was the
9  borrower's broker and not an agent of the bank.

10        8.        On May 5, 2005, among other documents, Respondent executed and
11  delivered to Movant a Uniform Residential Loan Application (along with a letter dated
12  April 21, 2005 from her employer, The Care Financial Group), a Truth-In-Lending
13  Disclosure Statement, a RESPA Servicing Disclosure, an Adjustable Rate Mortgage
14  ("ARM") Disclosure Statement, a Power of Attorney, and Affidavit of Attorney in Fact, a
15  Grant Deed and a Notice of Right to Cancel (along with faxed correspondence, a
16  "cancellation" and a rescission of the cancellation) (hereinafter collectively as the "TILA
17  Disclosure Documents"). True and correct copies of these TILA Disclosure Documents
18  are attached hereto as Exhibit "2" and incorporated herein by this reference as though set
19  forth in full. The Notice of Right to Cancel and related documents are attached hereto
20  collectively as Exhibit "3" and incorporated herein by reference.

21        9.        Beginning in May of 2007, (and continuing to this day,) Respondent
22  defaulted under the loan by failing to make the monthly payments then due and owing, or
23  any subsequent payments. The last payment on Respondent's account was received on
24  May 16, 2007 and posted on May 23, 2007.

25        10.       Accordingly, on July 11, 2007, Defendant recorded a Notice of Default
26  and Election to Sell Under Deed of Trust (the "NOD"). The NOD was mailed to the
27  Plaintiffs on July 17, 2007 via first class mail and certified mail. On August 2, 2007,
28  these documents were mailed via first class and certified mail to an alternative address for

1    the Plaintiffs. Attached hereto as Exhibit "4" and incorporated herein by reference are the

2    Affidavits and Declarations of mailing.

3        11.    Since the default was not cured, on October 15, 2007, Defendant

4    recorded a Notice of Trustee's Sale. Copies of the Notice of Trustee's Sale were mailed

5    to the Plaintiffs via first class and certified mail on October 16, 2007. On October 16,

6    2007, a copy of the Notice of Trustee's Sale was also posted on the property. Further, the

7    Notice of Trustee's Sale was published in "The Carmel Pine Cone" on October 19, 2007,

8    October 26, 2007 and November 2, 2007. Attached hereto as Exhibit "5" and

9    incorporated herein by reference are true and correct copies of the Affidavit and

10   Declaration of Mailing, Certificate of Posting, and Declaration of Publication.   The

11   Trustee's Sale was set for November 8, 2007.

12       12.    Due to the bankruptcy of Deborah Johnson, filed on November 7, 2007,

13   the Trustee's Sale was properly postponed to February 8, 2008, at which time it was

14   completed.

15       I declare under penalty of perjury under the laws of the United States of

16   America that the foregoing is true and correct.

17       Executed on April 16, 2008, at Santa Monica, California.

18

19

20                        CAROL A. BAXTER
                          Declarant

21

22

23

24

25

26

27

28

4

1  PROOF OF SERVICE

2  STATE OF CALIFORNIA    )
                          )
3  COUNTY OF LOS ANGELES )

4    I am employed in the County of Los Angeles, State of California.  I am over the age of
   eighteen and not a party to the within action.  My business address is Hemar, Rousso &
5  Heald, LLP. ("the business") 15910 Ventura Boulevard, 12th Floor, Encino, CA 91436.

6    I am readily familiar with the business's practice for collection and processing of
   correspondence for mailing with the United States Postal Service; such correspondence
7  would be deposited with the United States Postal Service the same day of deposit in the
   ordinary course of business.

8
   On April 17, 2008, I served the foregoing document described as **DECLARATION OF**
9  **CAROL BAXTER IN SUPPORT DEFENDANT'S MOTION TO DISMISS**
   **PLAINTIFFS' AMENDED COMPLAINT AND COMPLAINT IN RELATED**
10 **CASE** on the interested parties in this action by placing a true and correct copy thereof in
   a sealed envelope addressed as follows:
11
   **DEBORAH E. JOHNSON**
12 **PO Box 4448**
   **Carmel, CA 93921-4448**
13
   **GERALD D. JOHNSON (Pro Se, Filing Party)**
14 **PO Box 4448**
   **Carmel, CA 93921-4448**
15

16 <u>XX</u>    At my business address, I placed such envelope for deposit with the__Federal
   Express or <u>XX</u>    U.S. Postal Office  by placing them for collection and mailing on that
17 date following ordinary business practices.

18 ___    I delivered such envelope(s) by hand to the offices of the addressees.

19 ___    I caused such copies to be facsimiled to the persons set forth.

20 <u>XX</u>    (State)  I declare under penalty of perjury under the laws of the State of
          California that the foregoing is true and correct.
21
   ___    (Federal) I declare under penalty of perjury under the laws of the United States
22        of America that I am employed in the office of a member of the bar of this court
          at whose direction the service was made.
23

24 Executed on April 17, 2008 at Encino, California.

25

26                              *Lisa Fields*
                               LISA FIELDS
27

28

                                    5

# EXHIBIT 1

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☑ Conventional  ☐ Other (explain):  ☐ FHA  ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number |
|---|---|---|---|

| Amount $ 900,000 | Interest Rate 2.25 % | No. of Months 360 | Amortization Type: ☑ Fixed Rate  ☐ Other (explain):  ☐ GPM  ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) 2nd Avenue, 2 NE of Dolores Street    Carmel, CA 93921 | No. of Units |
|---|---|

| Legal Description of Subject Property (attach description if necessary) Please see prelim | Year Built 1910 |
|---|---|

Purpose of Loan ☐ Purchase ☐ Construction ☐ Other (explain): ☑ Refinance ☐ Construction-Permanent    Property will be: ☑ Primary Residence ☐ Secondary Residence ☐ Investment

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
|  | $ | $ | $ | $ | $ |

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 1995 | $ 285,000 | $ 776,000 | Lower Rate | Cost: $ |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: ☑ Fee Simple ☐ Leasehold (show expiration date) |
|---|---|---|

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|

| Borrower's Name (include Jr. or Sr. if applicable) Deborah Johnson | Co-Borrower's Name (include Jr. or Sr. if applicable) |
|---|---|

| Social Security Number 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 | Home Phone (incl. area code) 831-915-8389 | DOB (MM/DD/YYYY) 10/21/1950 | Yrs. School 12 | Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School |
|---|---|---|---|---|---|---|---|

| ☑ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no. 1    ages 17 | ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no.    ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP) ☑ Own ☐ Rent 10 No. Yrs. 2nd Avenue 2 NE of Dolores Street Carmel CA 93921 | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |
|---|---|

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

**If residing at present address for less than two years, complete the following:**

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|

| Name & Address of Employer The Core Financial Group 401 E. Hillcrest Blvd. Suite 21 Inglewood CA 90301 | ☑ Self Employed | Yrs. on this job 3 | Name & Address of Employer | ☐ Self Employed | Yrs. on this job |
|---|---|---|---|---|---|
| | | Yrs. employed in this line of work/profession 3½ | | | Yrs. employed in this line of work/profession |

| Position/Title/Type of Business Senior Accounts Manager | Business Phone (incl. area code) (310) 412-2004 | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

**If employed in current position for less than two years or if currently employed in more than one position, complete the following:**

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

Freddie Mac Form 65  01/04
Form 1003 Loanapp1.frm 01/04

Page 1 of 4

Borrower _____
Co-Borrower _____

Fannie Mae Form 1003  01/04

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ | $ | $ | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 4828 | $ |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | 114.17 | 114.17 |
| Dividends/Interest | | | | Real Estate Taxes | 316.40 | 316.40 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ | $ | $ | Total | $ 5258.57 | $ |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income   Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse.

Completed ☑ Jointly ☐ Not Jointly

| ASSETS | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Description | | | | |
| Cash deposit toward purchase held by: $ | | | | |
| | | **LIABILITIES** | Monthly Payment & Months Left to Pay | Unpaid Balance |
| List checking and savings accounts below | | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | Novastar Mortgage ✱ | | 776,000 |
| Checking | | | 4828✱ | 823,000 |
| BOA | | | | 799,000 |
| Acct. no.) | $ 75K | Acct. no. 361000 1379791 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Dowling | | | | |
| Acct. no. | $ | | | |
| Name and address of Bank, S&L, or Credit Union | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | $ | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| Ing | 110K | Acct. no. | | |
| Ing | 27k | Name and address of Company | $ Payment/Months | $ |
| Acct. no.) | $ | | | |
| Stocks & Bonds (Company name/ number & description) | $ | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Life insurance net cash value | $ | | | |
| Face amount: $ | | Acct. no. | | |
| Subtotal Liquid Assets | | Name and address of Company | $ Payment/Months | $ |
| Real estate owned (enter market value from schedule of real estate owned) | $ | | | |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. | | |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Jetta | 12,000 | | | |
| BMW 745LE | 60,000 | Job Related Expense (child care, union dues, etc.) | $ | |
| Other Assets (itemize) | | | | |
| Personal Property | 135,000 | | | |
| | | Total Monthly Payments | $ | |
| Total Assets a. | $ | Net Worth (a minus b) ⇒ $ | Total Liabilities b. | $ |

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 2nd Avenue 2NE of Dolores St Carmel, CA 93921 | SFR | $1,100,000 | $776,000 | $0 | $4828.- | $43057 | $0 |
| | | | | | | | |
| | | | | | | | |
| Totals | $ | $ | $ | $ | $ | $ | |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | |
| e. Estimated prepaid items | |
| f. Estimated closing costs | |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ | ☑ | ☐ | ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | ☐ | ☑ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ |
| j. Are you a U.S. citizen? | ☑ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes", complete question m below. | ☑ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☐ | ☐ |
| (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | SP | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | 02/21/05 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino  ☑ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino  ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☑ White | Race: | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White |
| Sex: | ☑ Female  ☐ Male | Sex: | ☐ Female  ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: ☐ Face-to-face interview ☐ Mail ☑ Telephone ☐ Internet | J. Michael Galloway | PMC - 700 Larkspur Landing #275 Larkspur CA 94939 |
| | Interviewer's Signature    Date 02/29/05 | |
| | Interviewer's Phone Number (incl. area code) 866-365-6180 | |

**Pacific Mortgage Consultants, Inc**
700 Larkspur Landing Circle # 255 Larkspur, CA 94939
DRE1 License # 01315482 Expires 4/16/07

## Authorization to Disclose

I/we, the undersigned, have applied for a real estate loan through Pacific Mortgage Consultants, Loan Broker. I/we hereby authorize the release of any and all information required or requested by Loan Broker, their assignees, or their credit reporting agencies in their attempts to complete the processing and/or approval of our loan request.

Necessary information may include, but would not be limited to: employment and/or related compensation information, savings and checking account verifications, loan status, payment histories, credit union and mortgage balances, etc.

Loan Broker is hereby authorized to either copies of this form in its efforts to receive the above listed information.

Thank you for your cooperation in expediting the return of the requested information attached herein.

Deborah Johnson
Print Name

Deborah E. Joh                     6/27/05
Applicant Signature                Date

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
Social Security #

10.21.50
Birthdate

_____                _____
Print Name                          Social Security #

_____                _____
Co-Applicant Signature    Date       Birthdate

_____                _____
Signer Name                Date       Phone Number

#10

**Pacific Mortgage Consultants, Inc**
700 Larkspur Landing Circle # 275 Larkspur, CA 94935
DRE License # 01315492 Expires 4/16/07

## Equal Credit Opportunity Act (ECOA)

The Federal Equal Credit Opportunity Act (ECOA) prohibits discrimination against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the consumer credit protection act. The federal agency which administers compliance with this law is:
Federal Trade Commission, 600 Pennsylvania Avenue, N.W., Washington, DC 20580

## The Housing Financial Discrimination Act of 1977
### Fair Lending Notice

It is illegal to discriminate in the provision of or in the availability of financial assistance because of the consideration of:

- Trends, characteristics or conditions in the neighborhood or geographic area surrounding a housing accommodation or whether or not such composition. In undergoing changes, or is expected to undergo change in appraising a housing accommodation or in determining whether or not, or under what terms and conditions, to provide financial assistance.

- Race, color, religion, sex, marital status, national origin or ancestry.

It is illegal to consider the racial, ethnic, religious or national origin composition of a neighborhood or geographical area surrounding a housing accommodation or whether or not such composition is undergoing change, or is expected to undergo change, in appraising a housing accommodation or in determining whether or not, or under what terms and conditions, to provide financial assistance.

These provisions govern existence for the purpose, construction, rehabilitation or refinancing of one to four family residences occupied by the owner and for the purpose of the home improvement of any one to four unit family residence.

If you have any questions about your rights, or if you wish to file a complaint, contact the management of this financial institution, or:

Department of Real Estate          Department of Real Estate
320 W. 4 Street, Suite 350          1515 Clay Street, Suite 702
Los Angeles, CA 90013-1105          Oakland, CA 94612-1462

## Notice to Applicant of Right to Receive Copy of the Appraisal Report

You have the right to a copy of the appraisal report that we obtain on your property, provided you have paid for, or are willing to pay for the appraisal. To request a copy of the appraisal report, please phone your loan officer or loan processor or submit a written request in care of your agent to: Pacific Mortgage Consultants, Inc., 700 Larkspur Landing Circle Suite 275, Larkspur, CA 94939.

Acknowledgement and Receipt

Debrasia Johnson          _____    04/21/06
Printed Name              Applicant Signature           Date

_____    _____    _____
Printed Name                 Co-Applicant Signature       Date

_____    _____    _____
Agent Name                   Date                         Finance Name

#11

**Pacific Mortgage Consultants, Inc**
700 Larkspur Landing Circle #271 Larkspur, CA 94939
DRE License # 01376462 Expires 4/16/07

## Privacy Policy

We collect nonpublic personal information about you from the following sources:

- Information we receive from you on applications and other forms;
- Information about your transactions with us, our affiliates, or others; and
- Information we receive from a consumer reporting agency.

We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law.

We restrict access to nonpublic personal information about you to those employees who need to know that information to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

## Notice to Home Loan Applicant – California Credit Score Disclosure

In connection with your application for a home loan, the lender must disclose to you the score that a credit bureau distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer-generated summary calculated at the time of the request based on information a credit bureau or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you or not you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the credit bureau at the address and telephone number provided with the score, or contact the lender, if the lender developed or generated the credit score. The credit bureau plays no part in the decision to make any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender. If you have questions about your credit score or the information in the credit report from which the score were computed, you can contact the credit bureau at the address and phone numbers listed below.

Equifax (800) 685-1111
P.O. Box 740256
Atlanta, CA 30374-0256

Trans Union (800) 887-2673
P.O. Box 4000
Chester, PA 19016-4000

Experian (888) 397-3742
P.O. Box 2104
Allen, Texas 75013

**Acknowledgement of Receipt**

Deborah Johnson
_____
Printed Name

_____                    Deborah E. Dyk         04/03/06
Printed Name                                Applicant Signature            Date

_____                    _____
Applicant Name                             Co-Applicant Signature         Date

_____                    _____
Applicant Phone                            Phone Number
         Date

#12

**Pacific Mortgage Consultants, Inc**
730 Lakeport Landing Suite ■ 275 Lakeport, CA 94939
DRE License # 01359482 Expires 4/1/07

## Broker and Borrower Document Certification

The undersigned Broker and Borrower(s) hereby certify that all copies of documents provided to _____ ("Lender"), for the purpose of underwriting and closing Broker and Borrower(s) loan are true and exact copies of the original documents provided by the borrower(s) and Lender certify that the original documents do not contain any alterations, revisions, erasures or whiteouts.

For purposes of this Broker and Borrower Document Certification, Broker and borrower(s) acknowledge that such certifications pertains to any and all documents provided by Borrower(s) to Broker for purposes of loan processing, underwriting and closing, and may include but are not limited to the following:

- Paystubs/Earning Statements
- W-2 forms
- Individual Income Tax Returns (IRS Form 1044)
- Partnership Tax Returns (IRS Form 1065)
- Corporate Tax Returns (IRS Form 1120)
- Bank/Mortgage/Credit Union Account Statements
- Canceled Checks
- Business Balance Sheet and Income Statement
- Rental Agreements
- Purchase Contracts/Agreements

Note: In order to comply with investor requirements for sale of loans, the Lender may require the borrower(s) to provide original signatures on the first two pages of any tax returns.

Acknowledged by:

_____
Authorized Employee and Title

_____      _Deborah C. Job_____  02/21/05
Printer Name                          Borrower Signature          Date

_____      _____
Printed Name                          Co-Borrower Signature       Date

#13

**Pacific Mortgage Consultants, Inc.**
700 Larkspur Landing Circle # 255 Larkspur, CA 94959
DRE License # 01358482 Expires 4/1/09

## Mortgage Loan Origination Agreement

You ( _____ ) agree to enter into this Mortgage Loan Origination
Agreement with Pacific Mortgage Consultants/Broker to apply for a residential mortgage loan, from a
participating lender with which we from time to time contract upon such terms and conditions as you may request
or a lender may require. You inquired into mortgage financing with Pacific Mortgage Consultants on
_____ 19 ___   We are licensed as a "Mortgage Broker" under the state laws of California.

**Section 1. Nature of Relationship.**
In connection with this mortgage from:
• We will enter into separate independent contractor agreements with various lenders.
• While we seek to assist you in meeting your financial needs, we do not distribute the products of all lenders
  or investors in the market and cannot guarantee the lowest price or the best terms available in the market.

**Section 2. Our Compensation.**
The lenders whose loan products we distribute generally provide their loan products to us at a wholesale rate.
• The retail price we offer you, your interest rate, total points and fees will include our compensation.
• In some cases, we may be paid all of our compensation by either you or the lender.
• Alternatively, we may be paid a portion of our compensation by both you and the lender. For example, in
  some cases, if you reduce your interest rate, you may pay higher up-front points and fees.
• Also in some cases, if you would rather pay less up-front, you may be able to pay some or all of our
  compensation indirectly through a higher interest rate in which case we will be paid directly by this lender.

We also may be paid by the lender based on (I) the value of the Mortgage Loan or related services rights in this
market place or (2) other services, goods or facilities performed or provided by us to the lender.

By signing below, applicant(s) acknowledge receipt of a copy of this signed Agreement.

**MORTGAGE LOAN ORIGINATOR:**              **APPLICANTS:**

By Agent _____ Date          _Deborah E. Goh_____ 02/21/05
                                           Applicant/Signature          Date

Printed Name _____           Co-Applicant Signature       Date

Phone Name _____             City, State, Zip

Address _____

#14

# EXHIBIT 2

MAY-05-2005 THU 08:21 AM              FAX NO.                    P. 01/05

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☐ FHA | ☑ Conventional ☐ USDA/Rural Housing Service | ☐ Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|---|---|

| Amount $ 900,000 | Interest Rate 2.050 % | No. of Months 360/360 | Amortization Type: ☐ Fixed Rate ☐ GPM | ☐ Other (explain): ☑ ARM (type) Fixed advantage 1 yr |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, ZIP)
2nd Avenue 2 NE of Dolores Street,  Carmel, CA 93921-4448   County: Monterey    No. of Units 1

Legal Description of Subject Property (attach description if necessary)
Please See Prelim                                                              Year Built 1910

| Purpose of Loan | ☐ Purchase ☑ Refinance | ☐ Construction ☐ Construction-Permanent | ☐ Other (explain): | Property will be: ☑ Primary Residence ☐ Secondary Residence ☐ Investment |

Complete this line if construction or construction-permanent loan.
| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |

Complete this line if this is a refinance loan.
| Year Acquired 1995 | Original Cost $ 285,000 | Amount Existing Liens $ 777,789 | Purpose of Refinance Cash-Out/Debt Consolidation | Describe Improvements ☐ made ☐ to be made Cost: $ |

Title will be held in what Name(s)  Deborah E Johnson   Gerald D Johnson

Manner in which Title will be held  To be determined In escrow

Estate will be held in: ☑ Fee Simple ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)
Equity from Subject Property

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|

Borrower's Name (include Jr. or Sr. if applicable)
Deborah E Johnson

Co-Borrower's Name (include Jr. or Sr. if applicable)

| Social Security Number 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 | Home Phone (incl. area code) 831-622-0132 | DOB (MM/DD/YYYY) 10/01/1980 | Yrs. School 2 | Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School |

| ☑ Married ☐ Separated | ☐ Unmarried (include single, divorced, widowed) | Dependents (not listed by Co-Borrower) no. 1  ages 17 | ☐ Married ☐ Separated | ☐ Unmarried (include single, divorced, widowed) | Dependents (not listed by Borrower) no.  ages |

| Present Address (street, city, state, ZIP) ☑ Own ☐ Rent  10 No. Yrs. | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |

2nd Avenue 2 NE of Dolores Street
Carmel, CA 93921-4448

Mailing Address, if different from Present Address

Mailing Address, if different from Present Address

If residing at present address for less than two years, complete the following:
| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|

| Name & Address of Employer ☐ Self Employed | Yrs. on this job 3 yr(s) | Name & Address of Employer ☐ Self Employed | Yrs. on this job |
The Care Financial Group
401 E. Hillcrest Blvd #1
Inglewood, CA 90301

| | Yrs. employed in this line of work/profession 3.5 | | Yrs. employed in this line of work/profession |

| Position/Title/Type of Business Senior Account Manager | Business Phone (incl. area code) 310-412-2004 | Position/Title/Type of Business | Business Phone (incl. area code) |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:
| Name & Address of Employer ☐ Self Employed | Dates (from-to) | Name & Address of Employer ☐ Self Employed | Dates (from-to) |
| | Monthly Income $ | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

| Name & Address of Employer ☐ Self Employed | Dates (from-to) | Name & Address of Employer ☐ Self Employed | Dates (from-to) |
| | Monthly Income $ | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

Freddie Mac Form 65   01/04
Calyx Form 1003 Loanapp1.frm 01/04

Page 1 of 4

Borrower
Co-Borrower

Fannie Mae Form 1003   01/04

By Gerald Johnson ... as per attorney in fact

MAY-05-2005 THU 08:21 AM                    FAX NO.                              P. 02/05

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 27,500.00 | $ | $ 27,500.00 | Rent | | |
| Overtime | | | | First Mortgage (P&I) | 4,828.00 | 3,349.12 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | 114.17 | 114.17 |
| Dividends/Interest | | | | Real Estate Taxes | 316.40 | 316.40 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ 27,500.00 | $ | $ 27,500.00 | Total | $ 5,258.57 | $ 3,779.69 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income   Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.    Completed ☐ Jointly ☑ Not Jointly

| ASSETS Description | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | $ Payment/Months | |
| List checking and savings accounts below | | Name and address of Company AMERICAN EXPRESS PO BOX 297871 FORT LAUDERDALE, FL 33329 | | |
| Name and address of Bank, S&L, or Credit Union Bank of America | | | | |
| | | Acct. no. 017949217019362053 | 1,045 /(R) | 20,919 |
| Acct. no. | $ 78,000 | Name and address of Company HSBC BANK NV FKA HHL | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 540707000712 | 315 /(R) | 14,416 |
| Acct. no. | $ | Name and address of Company CHASE BANK USA, NA | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 432816021504559 | 227 /(R) | 11,371 |
| Acct. no. | $ | Name and address of Company AMERICAN EXPRESS PO BOX 297871 FORT LAUDERDALE, FL 33329 | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 0502354280169162B1 | 517 /(R) | 10,952 |
| Acct. no. | $ | Name and address of Company UNION BK CA PO BOX 85643 SAN DIEGO, CA 92186 | $ Payment/Months | $ |
| Stocks & Bonds (Company name/ number & description) Ing | $ 137,000 | | | |
| | | Acct. no. 1115344010 | 246 /47 | 10,211 |
| | | Name and address of Company WESCOM CREDIT UNION 123 S MARENGO AVE PASADENA, CA 91101 | $ Payment/Months | $ |
| Life insurance net cash value | $ | | | |
| Face Amount: $ | | | | |
| Subtotal Liquid Assets | $ 212,000 | Acct. no. 3822600002 | 201 /(R) | 9,937 |
| Real estate owned (enter market value from schedule of real estate owned) | $ 1,200,000 | Name and address of Company BANK OF AMERICA 123 E BUCKEYE RD PHOENIX, AZ 85054 | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) Jetta BMW 745Li | $ 12,000 65,000 | Acct. no. 488860700739 | 42 /(R) | 6,859 |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) Personal Property | $ 135,000 | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 3,282 | |
| Total Assets a. | $ 1,619,000 | Net Worth (a minus b) → $ 731,688 | Total Liabilities b. | $ 887,312 |

Freddie Mac Form 65  01/04
Calyx Form 1003 Lnappp2.frm 01/04

Page 2 of 4

Fannie Mae Form 1003  01/04

Borrower _____

Co-Borrower By _____ as her attorney in fact

MAY-05-2005 THU 08:21 AM            FAX NO.            P. 03/05

## VI. ASSETS AND LIABILITIES (cont'd.)

Schedule of Real Estate Owned (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale, or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 2nd Ave Carmel By The Sea, CA 93921-4148 | R | $3,200,000 | 783,763 | $ 0 | $ 4,828 | $ | $ |
| | | | | | | | |
| Totals | | $3,200,000 | 783,763 | $ | $ 4,828 | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s)

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 783,763.00 |
| e. Estimated prepaid items | 2,306.25 |
| f. Estimated closing costs | 4,447.00 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 790,516.25 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 800,000.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 800,000.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -109,483.75 |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

|  | Borrower | | Co-Borrower | |
|---|---|---|---|---|
|  | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | ☐ | ☒ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☒ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☒ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☒ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ | ☒ | ☐ | ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | ☐ | ☒ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☒ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☒ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☒ | ☐ | ☐ |
| j. Are you a U.S. citizen? | ☒ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☒ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? | ☒ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☒ | ☐ | ☐ | ☐ |
| (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | SP | | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, and (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X _(signature)_ | 5-5-05 | X _(signature)_ | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino ☒ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☒ White | Race: | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☐ White |
| Sex: | ☒ Female ☐ Male | Sex: | ☐ Female ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) J. Michael Galloway | Name and Address of Interviewer's Employer Pacific Mortgage Consultants |
|---|---|---|
| This application was taken by: | Interviewer's Signature _(signature)_ Date | 2308 Research Dr. Livermore, CA 94550 |
| ☐ Face-to-face interview | | |
| ☐ Mail | Interviewer's Phone Number (incl. area code) | (P) 925-294-8884 |
| ☒ Telephone | 925-294-8884 | (F) 925-294-9630 |
| ☐ Internet | | |

Freddie Mac Form 65   01/04                    Page 3 of 4                    Fannie Mae Form 1003   01/04
Calyx Form 1003 Loanapp3.frm 01/04

MAY-05-2006 THU 08:22 AM                    FAX NO.                          P. 04/05

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: Deborah E Johnson | Agency Case Number: |
| | Co-Borrower: | Lender Case Number: |

### VI. ASSETS AND LIABILITIES

| ASSETS — Name and address of Bank, S&L, or Credit Union | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| | | Name and address of Company **CITIBANK USA, NA** PO BOX 9714 GRAY, TN 37615 | $ Payt./Mos. | $ |
| Acct. no. Name and address of Bank, S&L, or Credit Union | $ | Acct. No. 6035320033913144 Name and address of Company **PROVIDIAN FINANCIAL** PO BOX 9180 PLEASANTON, CA 94566 | 20/(R) $ Payt./Mos. | 4,356 $ |
| Acct. no. Name and address of Bank, S&L, or Credit Union | $ | Acct. no. 3919900365 Name and address of Company **AMERICAN EXPRESS** PO BOX 297871 FORT LAUDERDALE, FL 33329 | 104/(R) $ Payt./Mos. | 3,452 $ |
| Acct. no. Name and address of Bank, S&L, or Credit Union | $ | Acct. No. 050286428016333732 Name and address of Company **TARGET NATIONAL BANK** PO BOX 9475 MINNEAPOLIS, MN 55440 | 199/(R) $ Payt./Mos. | 2,791 $ |
| Acct. no. Name and address of Bank, S&L, or Credit Union | $ | Acct. No. 4352373367468151 Name and address of Company **NORDSTROM FSB** PO BOX 6555 ENGLEWOOD, CO 80155 | 60/(R) $ Payt./Mos. | 2,368 $ |
| Acct. no. Name and address of Bank, S&L, or Credit Union | $ | Acct. No. 3797 Name and address of Company **CAPITAL 1 BK** PO BOX 85520 RICHMOND, VA 23285 | 65/(R) $ Payt./Mos. | 1,960 $ |
| Acct. no. Name and address of Bank, S&L, or Credit Union | $ | Acct. No. 529115202652 Name and address of Company **CHEVRON CREDIT BANK NA** | 54/(R) $ Payt./Mos. | 1,830 $ |
| Acct. no. Name and address of Bank, S&L, or Credit Union | $ | Acct. No. 9260168746 Name and address of Company **CPU/CITIBANKCBSDNA** PO BOX 6033 HAGERSTOWN, MD 21747 | 87/(R) $ Payt./Mos. | 1,320 $ |
| Acct. no. Name and address of Bank, S&L, or Credit Union | $ | Acct. No. 580588544 Name and address of Company **MACYS/GEMB** 9111 DUKE BLVD MASON, OH 45040 | 24/(R) $ Payt./Mos. | 606 $ |
| Acct. no. Name and address of Bank, S&L, or Credit Union | $ | Acct. No. 500428009320 Name and address of Company **GEMB/GAP** PO BOX 981400 EL PASO, TX 79998 | 10/(R) $ Payt./Mos. | 376 $ |
| Acct. no. | $ | Acct. No. 601865500059985 | 10/(R) $ Payt./Mos. | 185 $ |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: X _Deborah E. Jn_ | Date 5-5-05 | Co-Borrower's Signature: X _By Gerald J_ _attorney in fact_ | Date _as her_ |

Freddie Mac Form 65   01/04
CALYX Form 1003 Lteapplesl/m 01/04                    Page 4 of 4                    Fannie Mae Form 1003   01/04

MAY-05-2005 THU 08:22 AM                FAX NO.                        P. 06/05

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: Deborah E Johnson | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: |

### VI. ASSETS AND LIABILITIES

| ASSETS  Name and address of Bank, S&L, or Credit Union | Cash or Market Value | LIABILITIES  Name and address of Company | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| | | CHASE BANK USA, NA  800 BROOKSEDGE BLVD  WESTERVILLE, OH 43081 | $ Pay./Mos. | $ |
| Acct. No. | $ | Acct. No. 4417128378639366 | 10/(R) | 102 |
| Name and address of Bank, S&L, or Credit Union | | CBUSASEARS  PO BOX 6189  SIOUX FALLS, SD 57117 | $ Pay./Mos. | $ |
| Acct. no. | $ | Acct. No. 886581071 | 10/(R) | 61 |
| Name and address of Bank, S&L, or Credit Union | | HSBC NV | $ Pay./Mos. | $ |
| Acct. no. | $ | Acct. No. 540707000044 | 76/(R) | 76 |
| Name and address of Bank, S&L, or Credit Union | | Novastar Mortgage | $ Pay./Mos. | $ |
| Acct. no. | $ | Acct. No. 3610001379791 | * (4,828)/356 | 793,763 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Pay./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Pay./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Pay./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Pay./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Pay./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
|---|---|---|---|
| X Deborah E Jm | 5-5-05 | X by Gerald D ... attorney | |

Freddie Mac Form 65    01/04
CALYX Form 1003 Loapcont.frm    Page 4 of 4    Fannie Mae Form 1003    01/04

Apr 21 05 11:33a         · · ·              310 6238608         P.2

**The Care Financial Group**
Tax Returns and Accountancy Specialists
**Malikah Manasseh, Caleb Manasseh Partners**

April 21, 2005

To:    Brian Curl

Re:    Deborah Johnson, Consultant

Via: Facsimile (925) 294-9630

Deborah Johnson is self-employed in the line of work as a Tax Consultant. She is an independent contractor. Care Financial has prepared her taxes on Schedule "C" for the past three years. Should you need anything further, please call our offices at (310) 412-2004.

Cordially,

Malikah Manasseh
Accountant

"Let Our Financial Care Give You Peace Of Mind"

401 E hillcrest Blvd. Ste I Inglewood, CA 90301
Office- 310. 412.2004   Fax- 310.412.2608

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER OR LENDER'S AGENT:                          ☐ Preliminary  ☒ Final
   **First Federal Bank of California**
   6053 W. Century Blvd St 400 4th Floor      DATE: 05/05/2005
   Los Angeles, CA 90045                        App N : 12345937169
BORROWERS: Deborah E. Johnson                       Type of Loan: CONVENTIONAL
                                                    Initial Interest Rate: 5.796%
                                                    Margin: 3.800%

ADDRESS: 2nd Ave 2 NE of Dolores Street
CITY/STATE/ZIP: Carmel, CA 93921
PROPERTY: 2nd Ave 2 NE of Dolores Street  Carmel CA 93921

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 5.815 % | $ 1,032,330.31 | $ 834,454.47 | $ 1,866,704.78 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 12 | $3,168.20 | 07/01/2005 | | | |
| 12 | $3,561.26 | 07/01/2007 | | | |
| 12 | $4,231.04 | 07/01/2008 | | | |
| 295 | $5,483.20 | 06/01/2035 | | | |

The payment schedule and annual percentage rate disclosed here are estimated, assuming that the current index rate will not increase nor decrease throughout the loan term.
**All dates and numerical disclosures except the late payment disclosed are estimates.**
**Variable rate disclosures have been received.**

DEMAND FEATURE:  ☒ This loan does not have a Demand Feature.  ☐ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**
☒ This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 2nd Ave 2 NE of Dolores Street Carmel CA 93921

**ASSUMPTION:** Someone buying this property ☐ cannot assume the remaining balance due under original mortgage terms.
☒ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:**  $ 60.00

**PROPERTY INSURANCE:**  ☒ Property hazard insurance in the amount of $ 840,000.00  with a mortgagee clause to the lender.
Is a required condition of this loan. Borrower may purchase this insurance from any insurance company acceptable to the lender.
Hazard Insurance ☐ is ☒ is not available through the lender at an estimated cost of N/A  for a _____ year term.

**LATE CHARGES:**  If your payment is more than _____ days late, a late charge of _____ % of the will be assessed.

**PREPAYMENT:** If you pay off your loan early, you
☒ may  ☐ will not  have to pay a penalty.
☐ may  ☒ will not  be entitled to a refund of part of the finance charge.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.
**e means estimate**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____  _____ as her attorney  _____
Deborah E. Johnson        BORROWER/DATE                                  BORROWER/DATE
                          5-6-05

_____                                                  _____
BORROWER/DATE                                                            BORROWER/DATE

12345937169                                                              49792970

VMP® -786 (0412)         VMP Mortgage Solutions, Inc. (800)521-7291      Page 1 of 3        12/04
© 2005 CBF Systems, Inc.  The contents of this form in whole or in part are protected under the copyright laws of the United States.

 

## DEFINITION OF TRUTH-IN-LENDING TERMS

### ANNUAL PERCENTAGE RATE

This is not the Note rate for which the borrower applied. The Annual Percentage Rate (APR) is the cost of the loan in percentage terms taking into account various loan charges of which interest is only one such charge. Other charges which are used in calculation of the Annual Percentage Rate are Private Mortgage Insurance or FHA Mortgage Insurance Premium (when applicable) and Prepaid Finance Charges (loan discount, origination fees, prepaid interest and other credit costs). The APR is calculated by spreading these charges over the life of the loan which results in a rate generally higher than the interest rate shown on your Mortgage/Deed of Trust Note. If interest was the only Finance Charge, then the interest rate and the Annual Percentage Rate would be the same.

### PREPAID FINANCE CHARGES

Prepaid Finance Charges are certain charges made in connection with the loan and which must be paid upon the close of the loan. These charges are defined by the Federal Reserve Board in Regulation Z and the charges must be paid by the borrower. Non-Inclusive examples of such charges are: Loan origination fee, "Points" or Discount, Private Mortgage Insurance or FHA Mortgage Insurance, Tax Service Fee. Some loan charges are specifically excluded from the Prepaid Finance Charge such as appraisal fees and credit report fees.

Prepaid Finance Charges are totaled and then subtracted from the Loan Amount (the face amount of the Deed of Trust/Mortgage Note). The net figure is the Amount Financed as explained below.

### FINANCE CHARGE

The amount of interest, prepaid finance charge and certain insurance premiums (if any) which the borrower will be expected to pay over the life of the loan.

### AMOUNT FINANCED

The Amount Financed is the loan amount applied for less the prepaid finance charges. Prepaid finance charges can be found on the Good Faith Estimate/Settlement Statement (HUD-1 or 1A). For example if the borrower's note is for $100,000 and the Prepaid Finance Charges total $5,000, the Amount Financed would be $95,000. The Amount Financed is the figure on which the Annual Percentage Rate is based.

### TOTAL OF PAYMENTS

This figure represents the total of all payments made toward principal, interest and mortgage insurance (if applicable).

### PAYMENT SCHEDULE

The dollar figures in the Payment Schedule represent principal, interest, plus Private Mortgage Insurance (if applicable). These figures will not reflect taxes and insurance escrows or any temporary buydown payments contributed by the seller.

-788 (0412)                          Page 2 of 2                          Initials _____

# RESPA SERVICING DISCLOSURE

12345937169

Lender: **First Federal Bank of California**
6053 W. Century Blvd. St 400 4th Floor Los Angeles CA 90045

**NOTICE TO FIRST LIEN MORTGAGE LOAN APPLICANTS: THE RIGHT TO COLLECT YOUR MORTGAGE LOAN PAYMENTS MAY BE TRANSFERRED. FEDERAL LAW GIVES YOU CERTAIN RELATED RIGHTS. IF YOUR LOAN IS MADE, SAVE THIS STATEMENT WITH YOUR LOAN DOCUMENTS. SIGN THE ACKNOWLEDGMENT AT THE END OF THIS STATEMENT ONLY IF YOU UNDERSTAND ITS CONTENTS.**

Because you are applying for a mortgage loan covered by the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. Section 2601 et seq.) you have certain rights under that Federal law.

This statement tells you about those rights. It also tells you what the chances are that the servicing for this loan may be transferred to a different loan servicer. "Servicing" refers to collecting your principal, interest and escrow account payments, if any. If your loan servicer changes, there are certain procedures that must be followed. This statement generally explains those procedures.

**Transfer Practices and Requirements**

If the servicing of your loan is assigned, sold, or transferred to a new servicer, you must be given written notice of that transfer. The present loan servicer must send you notice in writing of the assignment, sale or transfer of the servicing not less than 15 days before the effective date of the transfer. The new loan servicer must also send you notice within 15 days after the effective date of the transfer. The present servicer and the new servicer may combine this information in one notice, so long as the notice is sent to you 15 days before the effective date of transfer. The 15 day period is not applicable if a notice of prospective transfer is provided to you at settlement. The law allows a delay in the time (not more than 30 days after a transfer) for servicers to notify you, upon the occurrence of certain business emergencies.

Notices must contain certain information. They must contain the effective date of the transfer of the servicing of your loan to the new servicer, and the name, address, and toll-free or collect telephone number of the new servicer, and toll-free or collect call telephone numbers of a person or department for both your present servicer and your new servicer to answer your questions. During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

**Complaint Resolution**

Section 6 of RESPA (12 U.S.C. Section 2605) gives you certain consumer rights, *whether or not your loan servicing is transferred*. If you send a "qualified written request" to your servicer, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and the information regarding your request. Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, or must provide you with a written clarification regarding any dispute. During this 60-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request.

A Business Day is any day in which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

**Damages and Costs**

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section.

**Servicing Transfer Estimates**

1. The following is the best estimate of what will happen to the servicing of your mortgage loan:

   [x] We may assign, sell or transfer the servicing of your loan while your loan is outstanding.   [x] We are able to service your loan and we [ ] will   [ ] will not   [x] haven't decided whether to service your loan.

   **OR**

   [ ] We do not service mortgage loans, [ ] and we have not serviced mortgage loans in the past three years.
   [ ] We presently intend to assign, sell or transfer the servicing of your mortgage loan. You will be informed about your servicer.
   [ ] We assign, sell or transfer the servicing of some of our loans while the loan is outstanding depending on the type of loan and other factors. For the program you have applied for, we expect to:
      [ ] sell all of the mortgage servicing       [ ] retain all of the mortgage servicing
      [ ] assign, sell or transfer                  ___ % of the mortgage servicing

2. For all the first lien mortgage loans that we make in the 12-month period after your mortgage loan is funded, we estimate that the percentage of mortgage loans for which we will transfer servicing is between:

   _x_ (0 to 25%) or [NONE]    _____ 26 to 50%    _____ 51 to 75%    _____ [76 to 100%] or [ALL]

   This estimate [ ] does [x] does not include assignments, sales or transfers to affiliates or subsidiaries. This is only our best estimate and it is not binding. Business conditions or other circumstances may affect our future transferring decisions.

3. [x] We have previously assigned, sold or transferred the servicing of federally related mortgage loans.

   **OR**

   [ ] This is our record of transferring the servicing of the first lien mortgage loans we have made in the past:

| Year | Percentage of Loans Transferred (Rounded to nearest quartile - 0%, 25%, 50%, 75%, or 100%) |
|------|------|
| _____ | _____ % |
| _____ | _____ % |
| _____ | _____ % |

This information [ ] does [ ] does not include assignments, sales or transfers to affiliates or subsidiaries.

First Federal Bank of CA
May 5, 2005
Date                                                                    Present Servicer or Lender

**ACKNOWLEDGMENT OF MORTGAGE LOAN APPLICANT**
I/We have read this disclosure form and understand its contents, as evidenced by my/our signature(s) below. I/We understand that this acknowledgment is a required part of the mortgage loan application.

_Deborah E. Johnson_      by _Gerald S. ___, as her attorney      5-5-05
Applicant Deborah E. Johnson    Date    Applicant   in fact                     Date

Applicant                       Date    Applicant                              Date

-692R (9906).01                 VMP MORTGAGE FORMS - (800)521-7291             12/94

 **FIRST FEDERAL BANK.** of California

## Program CODI-1
### Adjustable Rate Mortgage ("ARM") Disclosure Statement
### (1-4 Residential, borrower-occupied; effective 10-15-04)
### Disclosure Required By Federal Law

This disclosure describes the features of this Bank's Program CODI-1 ARM loan you are considering. Information on other ARM loan programs offered by the Bank is available on request. Adjustable rate loan features are generally described in the booklet, CONSUMER HANDBOOK ON ADJUSTABLE RATE MORTGAGES, which has been provided to you. This disclosure does not constitute a contract or a commitment to lend. Only your promissory note, security instrument and other documents will establish your rights under the loan.

<u>How Your Interest Rate and Payment are Determined.</u>

> Your interest rate will be based on an index rate plus a margin. This rate will change every month. This is the rate at which your loan interest will accrue.

> Your initial monthly payment will be based on a payment rate (which is independent of the interest rate), the loan balance and the loan term.

> The initial payment will be less than that necessary to fully repay your loan within its term. If any payment is not sufficient to cover the interest due, the difference will be added to your loan amount, and will be charged interest at the rate called for in your note. You may voluntarily pay additional amounts to cover any shortfall. Ask us about this procedure.

>Your interest rate will be based on our margin plus the index. The index is determined by the Bank based upon the average of the last twelve calendar months' most recently published monthly yields on dealer offering rates on nationally traded three-month certificates of deposit. The Bank will calculate the average by adding the twelve most recently published yields together and dividing the result by twelve, rounded to the nearest one-thousandth of one percentage point (0.001%). The most recent index figure available as of the date 15 days before each Interest Change Date is the "Current Index." Ask us for our current interest rate and margin.

>Information on such monthly yields on three-month certificate of deposit rates is published by the Federal Reserve Board.

> Your interest rate each month will equal the index plus our margin unless your interest rate "cap" limits the amount of change in the interest rate.

<u>How Your Interest Rate Can Change.</u>

> Your interest rate can change monthly.

> Your interest rate cannot increase above a range of 9.95% to 13.95%. Ask us for the specific interest rate "cap" applicable to the borrower-occupied home loan you are applying for.

> Your interest rate cannot be less than a range of 2.60% to 5.99%. Ask us for the specific interest rate "floor" applicable to the home loan you are applying for.

<u>How Your Monthly Payment Can Change.</u>

> Your payment can change annually based on monthly changes in the interest rate, the loan balance and the then remaining term.

> If any payment is not sufficient to cover the interest due, the difference will be added to your loan amount, and will be charged interest at the rate called for in your note. This is called "negative amortization."

>Your payment cannot increase more than 7.5% of the amount of the prior year's monthly payment except:

(1) on each fifth anniversary of your loan, or (2) in the event your loan balance exceeds 125% (or 110% if your original loan-to-value ratio is greater than 80%) of its original principal balance.

In either of the above events monthly payments will be adjusted (upward or downward), without limitation, to an amount which would fully amortize your loan within its then remaining term based on the unpaid balance and the interest rate at that time.

> For example, on a $10,000, 30-year loan with an interest rate of 3.877% (the current index of 1.277% plus a margin of 2.60%), an initial monthly payment rate of 1.95% and a maximum loan balance of 125% of its original balance, the maximum amount that the interest rate can rise under this program is 9.95% to 13.95%. The monthly payment can rise from an initial first year payment of $36.71 to a maximum of $150.04 in the 61st month, and the loan balance can increase to a maximum of $12,503.92 in the 60th month. To see what your initial payments would be, divide your mortgage amount by $10,000; then multiply $36.71 by that number. For example, $60,000 divided by $10,000 = 6; 6 x $36.71 = $220.26 per month.

> You will be notified in writing at least 25, but no more than 120 days before the due date of a payment at a new level. This notice will contain information about your interest rates, payment amount and loan balance.

> You will be notified in writing at least once each year during which interest rate adjustments, but no payment adjustments, have been made to your loan. This notice will contain information about your interest rates, payment amount and loan balance.

**THIS DISCLOSURE STATEMENT IS FOR YOUR INFORMATION ONLY. IT IS NOT AN APPROVAL OF ANY LOAN APPLICATION YOU HAVE MADE OR A PROMISE TO MAKE YOU A LOAN**

PROCODI1/Rev 10-15-04

JAN-22-2008 TUE 01:08 PM                                    FAX NO.                                    P. 20

ALAIN PINEL ANNEX     Fax:831-622-1559          Apr 25 '05  20:21    P.02

RECORDING REQUESTED BY
DEBORAH E. JOHNSON
AND WHEN RECORDED MAIL TO

Name    Deborah E. Johnson
Street
Addres  P.O. Box 4448
City/State
Zip     Carmel, CA. 93921

OLD REPUBLIC TITLE COMPANY
hereby certifies that this is a true
copy of the original.

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## POWER OF ATTORNEY
### SPECIAL

Deborah E. Johnson                          hereby appoints Gerald D. Johnson
      Principal giving this power                                    Attorney in Fact

my true and lawful attorney in fact to act for me only with respect to the real property known as: 2nd Avenue, Carmel, CA 93921

In Principal's name, place and stead and only as to said real property, said attorney in fact is authorized:

(1) to demand, sue for , collect, and receive all money, debts, accounts, legacies, bequests, interests, dividends, annuities, and demands as are now or shall hereafter become due, payable or belonging to principal, and to take all lawful means, for the recovery thereof and to compromise the same, and give discharges for the same;

(2) to buy, sell and encumber said land, make contracts of every kind relative to said land, any interest therein or the possession thereof, and to take possession and exercise control over the use thereof;

(3) to buy, sell, mortgage, hypothecate, assign or transfer personal property located on said land, chooses in action and certificates or shares of capital stock and to transact every kind of business of whatever nature;

(4) to execute, acknowledge and deliver contracts of sale, escrow instructions, deeds, lease, including leases for minerals and hydrocarbon substances and assignments of leases, covenants, agreements and assignments of agreements, mortgages and assignments of mortgages, conveyances in trust to secure indebtedness or other obligations, and assign the beneficial interest thereunder, subordinations of liens or encumbrances, bills of lading, bills, bonds, notes, receipts, evidences of debts, releases and satisfactions of mortgages, requests to reconvey deeds of trust, partial or full, judgments, and other debts, and other instruments in writing of whatever kind and nature, all upon such terms and conditions as said attorney in fact shall approve.

(5) This document to expire within 90 days of execution.

GIVING AND GRANTING to said attorney in fact full power and authority to do everything relative to any of the foregoing as fully as principal might or could do if personally present and I hereby ratify and approve everything that said attorney in fact lawfully does by authority hereof.

Dated: April 20, 2005

                                                          Deborah E. Johnson

STATE OF  TEXAS
COUNTY OF  HARRIS        } ss:  392 - 50 - 4449

On 5/5/, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Deborah E. Johnson personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary Public

NIKHIL M. MEHTA
Notary Public, State of Texas
My Commission Expires
September 14, 2008

(This area for notarial seal only)

Recorded At Request Of:

OLD REPUBLIC TITLE COMPANY
ESCROW #1114001775 LTN
T/O #0707003629
When Recorded, Return To:

O. J REI /_. / _ _ COMPANY
hereby certifies that this is a true
copy of the original.

## AFFIDAVIT OF ATTORNEY IN FACT
### (4305 Probate Code)
### Regarding Power of Attorney

GERALD D. JOHNSON _____, Attorney-In-Fact, being first duly sworn, deposes and says:

THAT, the undersigned, acting as Attorney-In-Fact under that certain Power of Attorney wherein DEBORAH E. JOHNSON _____ is named as principal, dated APRIL 20, 2005 _____, and recorded on _____ as Instrument Number _____, County of _____, State of California, have no actual knowledge of the revocation of said Power of Attorney or termination of said Power of Attorney due to death or incapacity of the principal at the time of the exercise of said power.

THAT, this Affidavit is made for the protection and benefit of the parties hereafter dealing with, or who may acquire an interest in, property assigned, transferred or conveyed from said principal acting through said Attorney-In-Fact, and particularly for the benefit of Old Republic Title Company which is about to insure the title to property in reliance thereon, and any other title company which may hereafter insure the title to such property.

THAT, the undersigned will testify, depose or certify before any competent tribunal, officer, court or person in any case now pending, or which may hereafter be commenced, to the truth of the particular facts hereinabove set forth.

I further certify under penalty of perjury that the foregoing is true and correct.

Dated this ___5^TH___ day of ___May___ ___2005___.

_____
GERALD D. JOHNSON
State of California)
County of Monterey)

On ___May 5, 2005___, before me, the undersigned, a Notary Public in and for said State, personally appeared ___Gerald D. Johnson___, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

THERESA TILIAIA CASTRO
Comm. # 1462741
NOTARY PUBLIC · CALIFORNIA
Monterey County
My Comm. Expires Nov. 21, 2007

Theresa Tiliaia Castro

RECORDING REQUESTED BY
Old Republic Title Compa

ORDER # · 1114001775-TN
APN 010-126-022

WHEN RECORDED MAIL TO

Name — Deborah E. Johnson
Street Address — 2nd Avenue 2 NE of Dolores Street
City State Zip — Carmel, CA 93921

OLD REPUBLIC TITLE COMPANY
hereby certifies that this is a true
copy of the original.

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

# Grant Deed

The undersigned grantor(s) declare(s):
Documentary transfer tax is _____ "Interspousal Deed" _____
(X) computed on full value of property conveyed, or
( ) computed on full value less of liens and encumbrances remaining at time of sale.
( ) Unincorporated area:    (X)    City of _Carmel_
( ) Realty not sold.
FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
Gerald D. Johnson and Deborah E. Johnson, husband and wife as Joint Tenants

**hereby GRANT(S) to**
Deborah E. Johnson, a married woman, as her sole and separate property

that property in City of Carmel, Monterey County, State of California, described as:
See "Exhibit A" attached hereto and made a part hereof.

It is the express intent of the grantor, being the spouse of the grantee, to convey all right, title and interest of the grantor, community or otherwise, in and to the herein described property, to the grantee as his/her sole and separate property.

Mail Tax Statements to _Grantee at address above_

Date _May 05, 2005_

Gerald D. Johnson

STATE OF CALIFORNIA
COUNTY OF _Monterey_

On _May 5, 2005_ before me, the undersigned, a Notary Public in and for said State, personally appeared _Gerald D. Johnson_

Deborah E. Johnson, By
Gerald D. Johnson, as her
attorney in fact.

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are described to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Theresa Tiliaia Castro_

Name _Theresa Tiliaia Castro_
(typed or printed)

THERESA TILIAIA CASTRO
Comm. # 1452741
NOTARY PUBLIC-CALIFORNIA
Monterey County
My Comm. Expires Nov. 23, 2007

(This area for official notarial seal)

FTGIS-140 8/94

**MAIL TAX STATEMENT AS DIRECTED ABOVE**

Order No. : 0707003629

# EXHIBIT "A"

## LEGAL DESCRIPTION

The land referred to is situated in the State of California, County of Monterey, City of Carmel, and is described as follows:

PARCEL I:

Parcel "B" as shown on that certain Map filed August 27, 1980 in Volume 14 of Parcel Maps, at Page 58.

PARCEL II:

A non-exclusive easement for public utility purposes three feet wide, lying Southerly of and contiguous with the Northerly boundary of Parcel A as said parcel is shown on the map above referred to.

# EXHIBIT 3

ay 06 05 09:51a      DEBORAH E. JOHNSON         831-626-5960         p.1



# ALAIN PINEL
## REALTORS



# FAX

OLD REPUBLIC TITLE CO.
THERESA NIGRO
TOM KRONLAGE
FIRST FEDERAL BANK OF CA.

**DATE:** 5-5-05    **ATTENTION:** SUITE 400, 4TH FLOOR

**FROM:** GERALD JOHNSON

**FAX TO NUMBER:** 310-665-2329

**NO. OF PAGES INCLUDING COVER PAGE:** 2    310-260-4053    925-447-8247

TO WHOM IT MAY CONCERN,
ATTACHED YOU WILL HAVE THE SIGNED "NOTICE
OF RIGHT TO CANCEL" DATED 5-5-05 FOR
LOAN NUMBER 49792970. AFTER OUR
COMPLETE REVIEW OF THE LOAN CONDITIONS,
WE ARE SORRY TO SAY THAT THE CONDITIONS
FAIL TO MEET THE PRESENT FINANCIAL NEED
FOR MY DAUGHTER'S EDUCATION, WE WILL
CONTINUE TO REVIEW OTHER OPTIONS. IF YOU
HAVE ANY QUESTIONS PLEASE CALL ME.

## Alain Pinel Realtors
**Purveyors of Distinctive Properties and Estates**
Junipero Between 5th & 6th
P.O. Box 7249
Carmel, CA 93921   Phone (831) 622-1040   West Wing Fax (831) 622-1559

GERALD JOHNSON
831-915-8339

ALAIN PINEL ANNEX    Fax:831-622-1559        May 8 '05  19:06   P.01



# ALAIN PINEL
### REALTORS

# FAX

**DATE:** 5-8-2005   **ATTENTION:** THERESA NIGRO  OLD REPUBLIC TITLE CO.
Tom KRONLAGE, FIRST FED. BANK OF CA.

**FROM:** GERALD JOHNSON

**FAX TO NUMBER:** 310-260-4053
925-447-8247

**NO. OF PAGES INCLUDING COVER PAGE:** 2

To Whom It May Concern,

Attached you will have my signed Recission of the "Notice of Right to Cancel" which was faxed to you on 5-6-2005, for loan number 49792970. We have decided to proceed with the closing of the loan and escrow on the previous terms. If you have any questions please call me. I will discuss some corrections to the closing statement's figures on Monday 5-9-2005.

GERALD JOHNSON
831-915-8339

## Alain Pinel Realtors
**Purveyors of Distinctive Properties and Estates**
Junipero Between 5th & 6th
P.O. Box 7249
Carmel, CA 93921   Phone (831) 622-1040   West Wing Fax (831) 622-1559

May 06 05 09:51a        DEBORAH E. JOHNSON        831-626-5960        p.2

## NOTICE OF RIGHT TO CANCEL

DATE May 5, 2005
LOAN NO. 49792970
TYPE CONVENTIONAL

LENDER: First Federal Bank of California

BORROWERS/OWNERS Deborah E. Johnson

ADDRESS          2nd Ave 2 NE of Dolores Street
CITY/STATE/ZIP Carmel, CA 93921
PROPERTY         2nd Ave 2 NE of Dolores Street, Carmel, CA 93921

### YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1)    The date of the transaction, which is May 5, 2005
        or
(2)    The date you received your Truth in Lending disclosures;
        or
(3)    The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

First Federal Bank of California
6053 W. Century Blvd. St 400 4th Floor Los Angeles CA 90045

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of _____ (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

_Deborah E. Johnson_, By _Gerald S. John_ for her as attorney in fact        5-5-05

SIGNATURE                                                          DATE

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_Deborah E. John_, By _Gerald S. John_ for her as attorney in fact.

BORROWER/OWNER Deborah E. Johnson        DATE 5-5-05        BORROWER/OWNER                    DATE

BORROWER/OWNER                            DATE        BORROWER/OWNER                            DATE

1234593716 9                                                              49792970

VMP -64 (0305).01            VMP Mortgage Solutions (800)521-7291                    10/00

JAN-22-2008 TUE 01:07 PM                    FAX NO.                           P. 13

ALAIN PINEL ANNEX     Fax:831-622-1559        May  8 '05   19:06    P.02



## NOTICE OF RIGHT TO CANCEL

DATE May 5, 2005
LOAN NO. 49792970
TYPE CONVENTIONAL

LENDER: First Federal Bank of California

BORROWERS/OWNERS Deborah E. Johnson

ADDRESS        2nd Ave 2 NE of Dolores Street
CITY/STATE/ZIP Carmel, CA 93921
PROPERTY       2nd Ave 2 NE of Dolores Street, Carmel, CA 93921

## YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

    (1)    The date of the transaction, which is May 5, 2005
              or
    (2)    The date you received your Truth in Lending disclosures;
              or
    (3)    The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

First Federal Bank of California
6053 W. Century Blvd. St 400 4th Floor, Los Angeles CA 90045

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of _____ (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

_Deborah E. Johnson_ / By Gerald D. Johnson for her as attorney in fact    5-5-05
SIGNATURE                                                               DATE

The undersigned each acknowledge receipt of two copies of NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_Deborah E. Johnson_ , By Gerald D. Johnson for her as attorney in fact ,
BORROWER/OWNER Deborah E. Johnson    DATE  5-5-05  BORROWER/OWNER                      DATE

BORROWER/OWNER                    DATE    BORROWER/OWNER                             DATE

12345037169                                                            49792970
VMP -64 (0308).01              VMP Mortgage Solutions (800)521-7291                      10/00

FIRST FEDERAL BANK OF CALIFORNIA
6053 WEST CENTURY BLVD, SUITE 400
LOS ANGELES CA 90045
310-665-2345
FAX 310-260-4081

### Darlene Phung
### dphung@firstfedca.com

# FUNDING CONDITIONS!!!

DATE: 5/11/05

REGARDING: 2ND Ave. NE of Deloris          Loan#: 49792970

CLIENT: GERALD JOHNSON                    FAX#: (831) 626-5960

BROKER: Sandy / Brian                     FAX#: (925) 294-9630

THE FOLLOWING CONDITIONS ARE OUTSTANDING AND MUST BE
**SATISFIED BY 3:30 THE DAY PRIOR TO FUNDING. WE DO NOT DO SAME
DAY FUNDING!!!**

Dear Mr. Gerald Johnson,

Please overnight the last conditions needed prior to funding, **which is the
voided Notice of Right to Cancel that was signed in error.** Thank you
for your assistance.

Kind Regards,

Darlene Phung

## NOTICE OF RIGHT TO CANCEL

DATE May 5, 2005
LOAN NO. 49792970
TYPE CONVENTIONAL

LENDER: First Federal Bank of California

BORROWERS/OWNERS Deborah E. Johnson

ADDRESS    2nd Ave 2 NE of Dolores Street
CITY/STATE/ZIP Carmel, CA 93921
PROPERTY    2nd Ave 2 NE of Dolores Street, Carmel, CA 93921

### YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

    (1)   The date of the transaction, which is May 5, 2005
           or
    (2)   The date you received your Truth in Lending disclosures;
           or
    (3)   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

First Federal Bank of California
6053 W. Century Blvd. St 400 4th Floor Los Angeles CA 90045

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of _May 9, 200 5 CFTC_, (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

### I WISH TO CANCEL

_____    _____
SIGNATURE    DATE

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_____    5-5-05    By _____, as her
BORROWER/OWNER Deborah E. Johnson    DATE    BORROWER/OWNER    attorney in fact.    DATE

_____    _____    _____    _____
BORROWER/OWNER    DATE    BORROWER/OWNER    DATE

12345937169    49792970

VMP -84 (0305).01    VMP Mortgage Solutions (800)521-7291    10/00

# EXHIBIT 4

Mailer Name: T.D. Service Company
Address    : P.O. Box 11988
             Santa Ana, CA  92711 1988
             714) 543-8372

Actual Mail Date: 08/02/07

Type of Mail: Certified

| Article Number | Name and Address | Postage | Certified Mail | Registered | Return Receipt |
|---|---|---|---|---|---|
| 7105 2257 2920 0252 0935 | TS# A 343546 GERALD D. JOHNSON 27216 PRADO DEL SOL CARMEL, CA 93723 | .41 | 2.60 | | |
| 7105 2257 2920 0252 0942 | TS# A 343546 DEBORAH E. JOHNSON 27216 PRADO DEL SOL CARMEL, CA 93723 | .41 | 2.60 | | |



10 Dan

# OF PIECES LISTED BY SENDER _____2_____

POSTMASTER, PER _____
                   (signature of postal employee receiving mail)

TOTAL PIECES RECEIVED _____

DECLARATION OF MAILING BY CERTIFIED/REGISTERED MAIL  NOD
10 DAY

T.S.# A 343546

Date: 08/02/07

GERALD D. JOHNSON                    CERTIFIED    7105 2257 2920 0252 0935
27216 PRADO DEL SOL
CARMEL, CA 93723


DEBORAH E. JOHNSON                   CERTIFIED    7105 2257 2920 0252 0942
27216 PRADO DEL SOL
CARMEL, CA 93723

STATE OF CALIFORNIA
COUNTY OF ORANGE

The undersigned does hereby declare that he/she is over the age of 18 year and
that his/her business address is 1820 E. First Street, Ste# 300, Santa Ana, CA,
92705.  That he/she did cause to be deposited, on the above date, in the United
States mail, with postage fully prepaid, mailed by Certified/Registered mail, in
a sealed envelope, a copy of the document which is attached to this declaration.

I certify or declare under penalty of perjury that the foregoing is true and
correct.



**AFFIDAVIT OF MAILING**
**BY FIRST CLASS MAIL**

NOD
10 Day

∴S.# A 343546

Date: 08/02/07

STATE OF CALIFORNIA
COUNTY OF ORANGE          SS.

The undersigned does hereby declare that he/she is over the age of 18 years and
that his/her business address is 1820 E. First Street, Ste# 300, Santa Ana, CA,
92705. That he/she did cause to be deposited, on the above date, in the United
States mail, with postage fully prepaid, mailed by First Class Mail, in a sealed
envelope, a copy of the Notice of Default / Notice of Trustee's Sale (Circle)

Addressed to the following:

GERALD D. JOHNSON
27216 PRADO DEL SOL
CARMEL, CA 93723

DEBORAH E. JOHNSON
27216 PRADO DEL SOL
CARMEL, CA 93723

I declare under penalty of perjury that the foregoing is true and correct.

Mailer Name:  T D. Service Company
Address   :  P.O. Box 11988
             Santa Ana, CA  92711 1988
             (714) 543 8372

Actual Mail Date: 07/17/07

Type of Mail: Certified

| Article Number | Name and Address | Postage | Certified Mail | Registered | Return Receipt |
|---|---|---|---|---|---|
| 7105 2257 2920 0249 2447 | TS# A 343546<br>DEBORAH E. JOHNSON<br>2ND AVE 2 NE OF DOLORES STREET<br>CARMEL, CA 93921 | .41 | 2.65 | | |
| 7105 2257 2920 0249 2454 | TS# A 343546<br>GERALD D. JOHNSON<br>ATTORNEY IN-FACT<br>2ND AVE 2 NE OF DOLORES STREET<br>CARMEL, CA 93921 | .41 | 2.65 | | |
| 7105 2257 2920 0249 2461 | TS# A 343546<br>GERALD D. JOHNSON<br>ATTORNEY IN FACT<br>P.O. BOX 4448<br>CARMEL, CA 93921 | .41 | 2.65 | | |
| 7105 2257 2920 0249 2478 | TS# A 343546<br>DEBORAH E. JOHNSON<br>P.O. BOX 4448<br>CARMEL, CA 93921 | .41 | 2.65 | | |



30 Day

# OF PIECES LISTED BY SENDER _____ 4 __ JRC

POSTMASTER, PER _____
                    (signature of postal employee receiving mail)

TOTAL PIECES RECEIVED _____

DECLARATION OF MAILING BY CERTIFIED/REGISTERED MAIL    30 Day

T.S.# A 343546

Date:  07/17/07

DEBORAH E. JOHNSON                    CERTIFIED    7105 2257 2920 0249 2447
2ND AVE 2 NE OF DOLORES STREET
CARMEL, CA 93921

GERALD D. JOHNSON                     CERTIFIED    7105 2257 2920 0249 2454
ATTORNEY-IN-FACT
2ND AVE 2 NE OF DOLORES STREET
CARMEL, CA 93921

GERALD D. JOHNSON                     CERTIFIED    7105 2257 2920 0249 2461
ATTORNEY-IN-FACT
P.O. BOX 4448
CARMEL, CA 93921

DEBORAH E. JOHNSON                    CERTIFIED    7105 2257 2920 0249 2478
P.O. BOX 4448
CARMEL, CA 93921

STATE OF CALIFORNIA
COUNTY OF ORANGE

The undersigned does hereby declare that he/she is over the age of 18 year and
that his/her business address is 1820 E. First Street, Ste# 300, Santa Ana, CA,
92705.  That he/she did cause to be deposited, on the above date, in the United
States mail, with postage fully prepaid, mailed by Certified/Registered mail, in
a sealed envelope, a copy of the document which is attached to this declaration.

I certify or declare under penalty of perjury that the foregoing is true and
correct.

 AFFIDAVIT OF MAILING
BY FIRST CLASS MAIL     30 DAY

T.S.# A 343546                                          Date: 07/17/07

STATE OF CALIFORNIA
COUNTY OF ORANGE            SS.

The undersigned does hereby declare that he/she is over the age of 18 years and
that his/her business address is 1820 E. First Street, Ste# 300, Santa Ana, CA,
92705.  That he/she did cause to be deposited, on the above date, in the United
States mail, with postage fully prepaid, mailed by First Class Mail, in a sealed
envelope, a copy of the Notice of Default / Notice of Trustee's Sale (Circle)

Addressed to the following:

    DEBORAH E. JOHNSON
    2ND AVE 2 NE OF DOLORES STREET
    CARMEL, CA 93921

    GERALD D. JOHNSON
    ATTORNEY-IN-FACT
    2ND AVE 2 NE OF DOLORES STREET
    CARMEL, CA 93921

    GERALD D. JOHNSON
    ATTORNEY-IN-FACT
    P.O. BOX 4448
    CARMEL, CA 93921

    DEBORAH E. JOHNSON
    P.O. BOX 4448
    CARMEL, CA 93921

I declare under penalty of perjury that the foregoing is true and correct.

T.D. Service Company
1820 E. First Street, Suite 210
P.O. Box 11988
Santa Ana, California 92711-1988

*No such person at this address*

A 343546

GERALD D. JOHNSON
27216 PRADO DEL SOL
CARMEL, CA 93723

UNITED STATES POSTAGE
$ 00.41°
0004225221    AUG 02 2007
MAILED FROM ZIP CODE 92

NIXIE      951   DE 1      00 08/11/07
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 92711198888    *0908-02410-03-41

---

**CERTIFIED MAIL**

vice Company
irst Street, Suite 210
11988
, California 92711-1988    7105 2257 2920 0252 0942



8/14
Ret 8/21

A 343546

REFUSED
UNCLAIMED DEBORAH E. JOHNSON
27216 PRAD
CARMEL, C.

UNITED STATES POSTAGE
$ 03.06°
MAILED FROM ZIP CODE 92

NIXIE      951   5C 1      75 08/25/07
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 92711198888    *0508-09535-02-44



.D. Service Company
820 E. First Street, Suite 210
.O. Box 11988
anta Ana, California 92711-1988

*No such person at this address*

A 343546

DEBORAH E. JOHNSON
27216 PRADO DEL SOL
CARMEL, CA 93723

ANK

RETURN TO SENDER
TTEMPTED
NOT KNOWN

United States Postal Service
**Sorry We Missed You! We ♥ Deliver for You**

| | Today's Date | Sender's Name |
|---|---|---|
| Item is at: | 8/4 | T. D. SERVICE Co. |
| ☒ Post Office (See back) | Available for Pick-up After | We will redeliver or you or your agent can pick up. See reverse. |
| | Date: 8/6 Time: 9AM | |

☒ Letter X2     For Delivery: (Enter total number of items delivered by service type)

☐ If checked, you or your agent must be present at time of delivery to sign for item

— Large envelope, magazine, catalog, etc.     For Notice Left: (Check applicable item)

Article Number(s)

— Parcel     ☐ Express Mail (We will attempt to deliver on the next delivery day unless you instruct the post office to hold it.)     — Registered     7105 2257 2920 0252 0937
                                                                                                                GERALD JOHNSON

— Restricted Delivery     — Insured

☒ Certified X2     — Return Receipt for Merchandise     7105 2257 2920 0252 0942
                                                                    DEBRAH F. JOHNSON

☒ Perishable Item     — Recorded Delivery     Delivery Confirmation
— Other:     Firm Bill     Signature Confirmation

**Notice Left Section**
Customer Name and Address
JOHNSON

Article Requiring Payment

☐ Postage Due  ☐ COD  ☐ Customs     Amount Due     27216 PRADO DEL SOL

☐ **Final Notice:** Article will be returned to sender on     Delivered By and Date

PS Form **3849**, November 1999     Delivery Notice/Reminder/Receipt

**CERTIFIED MAIL**



D

·vice Company
irst Street, Suite 210
l1988
, California 92711-1988   7105 2257 2920 0252 0935   8/4 LG
                                                          8/14
                                                       Ref 8/21

REFUSED
UNCLAIMED

A 343546

GERALD D. JOHNSON
27246 PRA
CARMEL,

NIXIE     951   5C 1     75 08/25/07
RETURN TO SENDER
     UNCLAIMED
UNABLE TO FORWARD

BC: 92711198986     *0508-09536-02-44

# EXHIBIT 5

Mailer Name:  T.D. Service Company
Address    :  P.O. Box 11988
              Santa Ana, CA  92711-1988
              714) 543-8372                Type of Mail: Certified

  

Actual Mail Date: 10/16/07

| Article Number | Name and Address | Postage | Certified Mail | Registered | Return Receipt |
|---|---|---|---|---|---|
| 7105 2257 2920 0269 8269 | TS# A 343546<br>DEBORAH E. JOHNSON<br>2ND AVE 2 NE OF DOLORES STREET<br>CARMEL, CA 93921 | | .41 | 2.65 | |
| 7105 2257 2920 0269 8276 | TS# A 343546<br>GERALD D. JOHNSON<br>ATTORNEY-IN-FACT<br>2ND AVE 2 NE OF DOLORES STREET<br>CARMEL, CA 93921 | | .41 | 2.65 | |
| 7105 2257 2920 0269 8283 | TS# A 343546<br>GERALD D. JOHNSON<br>ATTORNEY-IN-FACT<br>P.O. BOX 4448<br>CARMEL, CA 93921 | | .41 | 2.65 | |
| 7105 2257 2920 0269 8290 | TS# A 343546<br>DEBORAH E. JOHNSON<br>P.O. BOX 4448<br>CARMEL, CA 93921 | | .41 | 2.65 | |
| 7105 2257 2920 0269 8306 | TS# A 343546<br>GERALD D. JOHNSON<br>27216 PRADO DEL SOL<br>CARMEL, CA 93723 | | .41 | 2.65 | |
| 7105 2257 2920 0269 8313 | TS# A 343546<br>DEBORAH E. JOHNSON<br>27216 PRADO DEL SOL<br>CARMEL, CA 93723 | | .41 | 2.65 | |

N05

# OF PIECES LISTED BY SENDER _____

POSTMASTER, PER _____
                (signature of postal employee receiving mail)

TOTAL PIECES RECEIVED _____

DECLARATION OF MAILING BY CERTIFIED/REGISTERED MAIL    N05 

T.S.# A 343546                                        Date:  10/16/07

DEBORAH E. JOHNSON                      CERTIFIED    7105 2257 2920 0269 8269
2ND AVE 2 NE OF DOLORES STREET
CARMEL, CA 93921

GERALD D. JOHNSON                       CERTIFIED    7105 2257 2920 0269 8276
ATTORNEY-IN-FACT
2ND AVE 2 NE OF DOLORES STREET
CARMEL, CA 93921

GERALD D. JOHNSON                       CERTIFIED    7105 2257 2920 0269 8283
ATTORNEY-IN-FACT
P.O. BOX 4448
CARMEL, CA 93921

DEBORAH E. JOHNSON                      CERTIFIED    7105 2257 2920 0269 8290
P.O. BOX 4448
CARMEL, CA 93921

GERALD D. JOHNSON                       CERTIFIED    7105 2257 2920 0269 8306
27216 PRADO DEL SOL
CARMEL, CA 93723

DEBORAH E. JOHNSON                      CERTIFIED    7105 2257 2920 0269 8313
27216 PRADO DEL SOL
CARMEL, CA 93723

STATE OF CALIFORNIA
COUNTY OF ORANGE

The undersigned does hereby declare that he/she is over the age of 18 year and
that his/her business address is 1820 E. First Street, Ste# 300, Santa Ana, CA,
92705.  That he/she did cause to be deposited, on the above date, in the United
States mail, with postage fully prepaid, mailed by Certified/Registered mail, in
a sealed envelope, a copy of the document which is attached to this declaration.

I certify or declare under penalty of perjury that the foregoing is true and
correct.

AFFIDAVIT OF MAILING
BY FIRST CLASS MAIL

NOS

T.S.# A 343546

Date: 10/16/07

STATE OF CALIFORNIA
COUNTY OF ORANGE          SS.

The undersigned does hereby declare that he/she is over the age of 18 years and
that his/her business address is 1820 E. First Street, Ste# 300, Santa Ana, CA,
92705.  That he/she did cause to be deposited, on the above date, in the United
States mail, with postage fully prepaid, mailed by First Class Mail, in a sealed
envelope, a copy of the Notice of Default / Notice of Trustee's Sale (Circle)

Addressed to the following:

DEBORAH E. JOHNSON
2ND AVE 2 NE OF DOLORES STREET
CARMEL, CA 93921

GERALD D. JOHNSON
ATTORNEY-IN-FACT
2ND AVE 2 NE OF DOLORES STREET
CARMEL, CA 93921

GERALD D. JOHNSON
ATTORNEY-IN-FACT
P.O. BOX 4448
CARMEL, CA 93921

DEBORAH E. JOHNSON
P.O. BOX 4448
CARMEL, CA 93921

GERALD D. JOHNSON
27216 PRADO DEL SOL
CARMEL, CA 93723

DEBORAH E. JOHNSON
27216 PRADO DEL SOL
CARMEL, CA 93723

I declare under penalty of perjury that the foregoing is true and correct.

# Trustee's
# Assistance
# Corporation

## CERTIFICATE OF POSTING OF PROPERTY

RE: TRUSTEE'S SALE  # A343546 CA                    TAC# 760175 C

Vern Johnson does hereby certify: that he is of legal age, and competent to be a witness as to
the matters herein;
That on the 16th day of October, 2007 he posted pursuant to the provisions of Section 2924f of
the California Civil Code, a copy of the Notice of Trustee's Sale, a true and correct copy of
which notice is hereunto attached and made a part hereof, in a conspicuous place or places,
as hereinafter stated, on each lot, piece or parcel of real property described in said notice,
to wit: Front door

PROPERTY:  2nd Ave. 2 NE of Dolores Street  Carmel, CA

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

DATE: October 16, 2007            SIGNATURE _____

Vern Johnson

## POSTING OF PUBLIC PLACE

Vern Johnson does hereby certify: that on the 16th day of October, 2007 he posted one notice
in one public place in the city of Salinas in the County of Monterey, California

Public Place: Courthouse, 240 Church Street, Salinas, CA being a place in the city of the judicial
district in which property is to be sold.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

SIGNATURE _____

Vern Johnson

Dated at Salinas, California this 16th day of October, 2007P

1820 East First Street, Suite 220, Santa Ana, California 92705 - (714) 480-5549  - Fax (714) 541-2556



A343546  Johnson  760175

# CARMEL ~
# CLOSE TO TOWN & BEACH

**Quality Is A**

**UNIVERSAL LANGUAGE**






## 2ND AVE 2NE of DOLORES

Enjoy this original Carmel cottage with excellent southern exposure. Located only 4 blocks from the heart of town and 0.6 mile from the beach. Hardwood floors, new heating system and gutters.

- **Potential for expansion**
- **Currently 2 Bed/2 Bath**
- **Additional water credits**
- **3 Blocks to Post Office**
- **0.6 Mile to Beach**
- **Filtered Ocean View**



## ~ Offered at $1,195,000 ~

**Gerald Johnson**
Office: 831.622.1040    Cell: 831.915.8339
www.apr-carmel.com
Information believed to be accurate but not verified.




**ALAIN PINEL**
REALTORS
Junipero between 5th & 6th
Carmel-by-the-Sea

T.S.# _A 343.546 CA_

LOAN# _4929790 (Johnson_

TAC# _260175_

## STATEMENT OF PROPERTY CONDITION

PROPERTY ADDRESS _2nd Ave   2 N.E. of Dolores   Carmel Ca_

LOCATION OF POSTING _Front Door_

COUNTY _Monterey_

### THE SUBJECT

OCCUPIED _X_   CONDO_____   SINGLE FAMILY RESIDENCE _X_   MOBILE HOME_____

VACANT_____   UNITS_____   COMMERCIAL_____   VACANT LOT_____

### IMPROVEMENTS

TYPE OF DWELLING:

STUCCO_____   WOOD FRAME _X_   BRICK_____   ALUMINUM SIDING_____

COMPOSITION SIDING_____   COLOR _Brown_

CONDITION OF IMPROVEMENTS   _X_

CONDITION OF LANDSCAPING   _X_

GOOD        FAIR        POOR

ADDITIONAL COMMENTS: _For Sale by Alan Pinel_
_831-915-8339_

DATE PROPERTY POSTED _10-16-07_

DATE PUBLIC PLACE POSTED _10-16-07_

BY: _____

RECORDING REQUESTED BY

T.D. SERVICE COMPANY

And when recorded mail to
T.D. SERVICE COMPANY
1820 E. FIRST ST., SUITE 210
P.O. BOX 11988
SANTA ANA , CA 92711-1988

_____ Space above this line for recorder's use _____

## NOTICE OF TRUSTEE'S SALE

T.S. No: A343546 CA    Unit Code: A    Loan No: 49792970/JOHNSON/JOHNSON
AP #1: 010-126-022

SEASIDE FINANCIAL CORPORATION, as duly appointed Trustee under the following described Deed of Trust WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (in the forms which are lawful tender in the United States) and/or the cashier's, certified or other checks specified in Civil Code Section 2924h (payable in full at the time of sale to T.D. Service Company) all right, title and interest conveyed to and now held by it under said Deed of Trust in the property hereinafter described:

Trustor: DEBORAH E. JOHNSON

Recorded May 16, 2005 as Instr. No. 2005048551 in Book --- Page --- of Official Records in the office of the Recorder of MONTEREY County; CALIFORNIA , pursuant to the Notice of Default and Election to Sell thereunder recorded July 11, 2007 as Instr. No. 2007-54666 in Book --- Page --- of Official Records in the office of the Recorder of  MONTEREY  County CALIFORNIA.

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED MAY 5, 2005.  UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

2ND AVENUE 2 NE OF DOLORES STREET, CARMEL, CA 93921
"(If a street address or common designation of property is shown above, no warranty is given as to its completeness or correctness)."

Said Sale of property will be made in "as is" condition without covenant or warranty, express or implied, regarding title possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest as in said note provided, advances, if any, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.

Said sale will be held on:
NOVEMBER 8, 2007, AT 10:00 A.M. *ON THE MAIN STEPS (AT THE DOUBLE DOOR ENTRANCE, INSIDE THE COURTYARD) OF THE COUNTY COURTHOUSE, 240 CHURCH STREET, SALINAS, CA

At the time of the initial publication of this notice, the total amount of the unpaid balance of the obligation secured by the above described Deed of Trust and estimated costs, expenses, and advances is $943,523.95. It is possible that at the time of sale the opening bid may be less than the total indebtedness due.

Page 2
T.S. No: A343546 CA    Unit Code: A    Loan No: 49792970/JOHNSON/JOHNSON

Date:  October 12, 2007

SEASIDE FINANCIAL CORPORATION as said Trustee,
by T.D. Service Company, as agent

BY _____
FRANCES DEPALMA, ASSISTANT SECRETARY
T.D. SERVICE COMPANY
1820 E. FIRST ST., SUITE 210, P.O. BOX 11988
SANTA ANA, CA 92711-1988
(714) 543-8372

We are assisting the Beneficiary to collect a debt and any information we obtain will be used for that purpose
whether received orally or in writing.

If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be
the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.

If available, the expected opening bid and/or postponement information may be obtained by calling the
following telephone number(s) on the day before the sale: (714) 480-5690 or you may access sales information
at www.ascentex.com/websales.





vice Company
irst Street, Suite 210
1988
, California 92711-1988

7105 2257 2920 0269 8313

A 343546



DEBORAH E. JOHNSON
27216 PRADO DEL SOL
CARMEL,

NIXIE        951    5E  1        75  10/27/07
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 92711198888      *0508-08745-16-41



vice Company
rst Street, Suite 210
1988
California 92711-1988

7105 2257 2920 0269 8306

A 343546





GERALD D. JOHNSON
27216 PRADO DEL SOL
CARMEL, C

NIXIE        951    5E  1        75  10/27/07
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 92711198888      *0508-08747-16-41

T.D. Service Company POSTMASTER !
1820 E. First Street, Suite 210  PLEASE RETURN TO
P.O. Box 11988                          SENDER
Santa Ana, California 92711-1988

A 343546

ANK

DEBORAH E. JOHNSON
27216 PRADO DEL SOL
CARMEL, CA 93723



No Such Person
No Such Address

NIXIE      951   9E 1      75  11/05/07
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 92711198888     *1008-03585-17-38

---

T.D. Service Company
1820 E. First Street, Suite 210
P.O. Box 11988
Santa Ana, California 92711-1988

A 343546

DEBORAH E. JOHNSON
2ND AVE 2 NE OF DOLORES STREET
CARMEL, CA 93921

NIXIE      951   DC 1      00  10/20/07
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 92711198888     *1008-03590-17-38

T.D. Service Company
1820 E. First Street, Suite 210
P.O. Box 11988
Santa Ana, California 92711-1988



A 343546

GERALD D. JOHNSON
ATTORNEY-IN-FACT
2ND AVE 2 NE OF DOLORES STREET
CARMEL, CA 93921

NIXIE    951    DC 1    00 10/20/07
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 92711198888    *1008-03569-17-38

93923/9999
92711@1988

T.D. Service Company  *POSTMASTER :*
1820 E. First Street, Suite 210  *PLEASE RETURN TO*
P.O. Box 11988  *SENDER*
Santa Ana, California 92711-1988

A 343546

ANK

GERALD D. JOHNSON
27216 PRADO DEL SOL
CARMEL, CA 93723

*No Such Person
at this Address*

ANK

**THE CARMEL PINE CONE**
Carmel-by-the-Sea
County of Monterey
California

# Declaration of Publication

Notice of Trustee Sale  A343546

I, the undersigned, **Irma Garcia** declare under penalty o perjury that the following is true and correct:

That during all the times herein mentioned I was, and now am, a citizen of the United States over the age of 18, and a resident of said city, county and state.

That during all of said times I have been and now am the **Legal Clerk** of **THE CARMEL PINE CONE**, a weekly newspaper of general circulation published and circulated in said city, and the official newspaper thereof, and that as such I am familiar with the advertising appearing in said newspaper.

That the **Notice of Trustee Sale** of which the annexed is a printed copy, was first printed and published in said newspaper on the newspaper on the __19th day of October__ __2007__ and thereafter printed and published in said newspaper.

| | | | |
|---|---|---|---|
| and on the | 26th | day of October | 2007 |
| and on the | 02nd | day of November | 2007 |

and in each and every edition, issue and number of said newspaper printed, published and circulated on said date, and not in any supplement of said newspaper.

Executed on __02nd November, 2007__ at Carmel-by-the-Sea, California

*Irma Garcia*

OSTAC
NOTICE OF TRUSTEE'S SALE
T.S. No: A343546 CA
Unit Code: A
Loan No:
49792970/JOHNSON/JOHNSON
AP #1: 010-126-022
SEASIDE FINANCIAL CORPORA-TION, as duly appointed Trustee under the following described Deed of Trust WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BID-DER FOR CASH (in the forms which are lawful tender in the United States) and/or the cashier's, certified or other checks specified in Civil Code Section 2924h (payable in full at the time of sale to T.D. Service Company) all right, title and interest conveyed to and now held by it under said Deed of Trust in the property hereinafter described: Trustor: DEB-ORAH E. JOHNSON Recorded May 16, 2005 as Instr. No. 2005048551 in Book --- Page --- of Official Records in the office of the Recorder of MONTEREY County; CALIFORNIA , pursuant to the Notice of Default and Election to Sell thereunder recorded July 11, 2007 as Instr. No. 2007-54656 in Book --- Page --- of Official Records in the office of the Recorder of MON-TEREY County CALIFORNIA. Said Deed of Trust describes the following property: YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED MAY 5, 2005. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. 2ND AVENUE 2 NE OF DOLORES STREET, CARMEL, CA 93921 (If a street address or com-mon designation of property is shown above, no warranty is given as to its completeness or correct-ness). Said Sale of property will be made in as is condition without covenant or warranty, express or implied, regarding title possession, or encumbrances, to pay the remain-ing principal sum of the note(s) secured by said Deed of Trust, with interest as in said note provided, advances, if any, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust Said sale will be held on: NOVEMBER 8, 2007, AT 10:00 A.M. *ON THE MAIN STEPS (AT THE DOUBLE DOOR ENTRANCE, INSIDE THE COURT-YARD) OF THE COUNTY COURT-HOUSE, 240 CHURCH STREET, SALINAS, CA At the time of the initial publication of this notice, the total amount of the unpaid bal-ance of the obligation secured by the above described Deed of Trust and estimated costs, expenses, and advances is $943,523.95. It is possible that at the time of sale the opening bid may be less than the total indebtedness due. Date: October 12, 2007 SEASIDE FINAN-CIAL CORPORATION as said Trustee, by T.D. Service Company, as agent FRANCES DEPALMA, ASSISTANT SECRETARY T.D. SER-VICE COMPANY 1820 E. FIRST ST., SUITE 210, P.O. BOX 11988 SANTA ANA, CA 92711-1988 We are assisting the Beneficiary to collect a debt and any information we obtain will be used for that purpose whether received orally or in writing. If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse. If available, the expected opening bid and/or postponement information may be obtained by calling the following telephone number(s) on the day before the sale: (714) 480-5690 or you may access sales infor-mation at www.ascentex.com/web-sales. TAC# 760175C PUB: 10/19/07, 10/26/07, 11/02/07
Publication dates: Oct. 19, 26, Nov. 2, 2007. (PC1019)