1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH E. JOHNSON and GERALD D. JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST FEDERAL BANK OF CALIFORNIA,<br><br>Defendant. | CASE NO. C08-00264PVT<br><br>[Ordered Related to Case No. 08-01796 PVT]<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT AND COMPLAINT IN RELATED CASE<br><br>Hearing:<br>Date : June 3, 2008<br>Time: 10:00 a.m.<br>Courtroom: 5<br><br>Patricia V. Trumbell, Magistrate |

PLEASE TAKE NOTICE that on June 3, 2008, at approximately 10:00 a.m. in Courtroom "5" of the above-entitled Court, the Motion to Dismiss Plaintiffs' Amended Complaint and Complaint in Related Case for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted (the "Motion to Dismiss Amended Complaint") of Defendant FIRST FEDERAL BANK OF CALIFORNIA ("Defendant") against Plaintiffs GERALD JOHNSON and DEBORAH JOHNSON ("Plaintiffs") came on for hearing.

//

1

1  GOOD CAUSE APPEARING THEREFORE:
2  IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Amended Complaint is
3  granted and the Amended Complaint and Complaint in Related Case Number 08-01796
4  PVT filed by Plaintiffs hereby dismissed with prejudice.
5
6  Dated: _____                          _____
7                                                   Patricia V. Trumbell, Magistrate
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is Hemar, Rousso & Heald, LLP. ("the business") 15910 Ventura Boulevard, 12th Floor, Encino, CA 91436.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On April 17, 2008, I served the foregoing document described as **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT AND COMPLAINT IN RELATED CASE** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

**DEBORAH E. JOHNSON**
**PO Box 4448**
**Carmel, CA 93921-4448**

**GERALD D. JOHNSON (Pro Se, Filing Party)**
**PO Box 4448**
**Carmel, CA 93921-4448**

XX     At my business address, I placed such envelope for deposit with the __Federal Express or XX__ U.S. Postal Office  by placing them for collection and mailing on that date following ordinary business practices.

___     I delivered such envelope(s) by hand to the offices of the addressees.

___     I caused such copies to be facsimiled to the persons set forth.

XX     (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

___     (Federal) I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 17, 2008 at Encino, California.

*Lisa Fields*
LISA FIELDS

3