**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JOHNSON, et al.,

    *Plaintiff(s)*,

vs.

FIRST FEDERAL BANK OF CALIFORNIA,

    *Defendant(s)*.

C 08-00264 PVT

**CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE**

Please take notice that the Case Management Conference previously scheduled for May 6, 2008 has been rescheduled for **June 3, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: April 29, 2008

/s/ Corinne Lew

Corinne Lew
DEPUTY CLERK

1. **Deborah E Johnson**
2. **Gerald D. Johnson**
   Post Office Box 4448
3. Carmel, CA 93921-4448
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.