FILED

2008 MAY 28 A 10: 51

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  Deborah E. Johnson
   P.O. Box 4448
2  Carmel, California 93921-4448
   Telephone: 831-622-0132

3  Gerald D. Johnson (Pro Se, filing party)
   P.O. Box 4448
4  Carmel, California 93921-4448
   Telephone: 831-622-0132
5  E-mail: aprgdj@cs.com

6  Plaintiffs

## United States District Court

## North District Of California

## San Jose Division

| | |
|---|---|
| Deborah E. Johnson and Gerald D. Johnson, | Case No. **C08 00264 PVT** |
| Plaintiffs, | Related Case No. C08 01796 PVT |
| vs. | **"PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF" SUPERIOR COURT OF CALIFORNIA'S DENIAL OF MOTION FOR RECONSIDERATION OF MOTION FOR SUMMARY JUDGMENT AND COURT'S ORDER, "NOTICE OF REFERRAL TO MEDIATION", "SEPARATE CASE MANAGEMENT STATEMENT" & PROOF OF SERVICE** |
| First Federal Bank Of California | |
| Defendant. | |

**Hearing:**
Date: June 3, 2008
Time: 10:00 a.m.
Courtroom: 5
Patricia v. Trumbull

TO THIS HONORABLE COURT AND DEFENDANT, FIRST FEDERAL

BANK OF CALIFORNIA: PLAINTIFFS, DEBORAH E. JOHNSON AND GERALD D.

JOHNSON REQUEST THIS COURT TAKE JUDICIAL NOTICE OF THE FOLLOWING

Case No. C08 00264 PVT

# EXHIBIT "A"

| SUPERIOR COURT OF CALIFORNIA COUNTY OF MONTEREY ||
|---|---|
| **First Federal,** <br> Plaintiff/Petitioner <br><br> vs. <br><br> **Johnson, Deborah E., et al,** <br> Defendant/Respondent | Hon. Lydia M. Villarreal <br> Clerk: Renee Inofuentes <br> CSR: Pam Ferry CSR# <br><br><br> Interpreter: <br> Language: |
| Minutes: **Motion Hearing** <br><br> Date: 5/9/2008 | Case No.   M89741 <br> Courtroom 9 <br> Related Cases: |

Appearances:
☐ No appearances
☒ Gary Hoffman, Attorney for Plaintiff
☐

☒ Deborah Johnson, Defendant present in pro per
☒ Gerald Johnson, Defendant present in pro per

Case is regularly called for Plaintiff's Motion for Summary Judgment hearing.

Arguments are made by respective parties.

Petitioner's Motion for Summary Judgment is Denied.//



I HEREBY CERTIFY THAT THE FOREGOING DOCUMENT IS A TRUE COPY OF THE ORIGINAL ON FILE IN MY OFFICE.
DATE **MAY 1 2 2008**
CONNIE MAZZEI, CLERK OF THE SUPERIOR COURT
BY _____ DEPUTY
D. MARTINELLI

# EXHIBIT "B"



**FILED**
MAY 1 4 2008
CONNIE MAZZEI
CLERK OF THE SUPERIOR COURT
CHRISTIE SITTERLY ___DEPUTY

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF MONTEREY

| First Federal<br>Plaintiff(s),<br><br>vs.<br><br>Johnson, Deborah E et al<br>Defendant(s). | No. M89741<br><br>NOTICE OF REFERRAL TO MEDIATION |
|---|---|

TO COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that the Court refers the above-entitled case to the following members of the Mediation Panel, pursuant to the Mediation Program Rules and Local Rules 6.07(d) and 6.09(d)(3).

1. Assigned Mediator: ____7____

2. Alternate Mediator: ____8____

Within 10 days of the date below, all counsel shall confer with the assigned mediator and, if necessary, the alternate mediator, to determine whether conflicts of interest exist. Counsel shall also deliver complete copies of their Case Management Statements and a copy of this Notice of Referral to Mediation to the mediator. Thereafter, the parties shall comply with the Mediation Program Rules. Mediation shall be completed within 90 days from the date of the Notice of Referral to Mediation.

~~Settlement Conference is set for_____ at 1:30 p.m.~~

DATE: **MAY 1 4 2008**

SUSAN M. DAUPHINÉ
_____
Judge of the Superior Court

PRESIDING JUDGE, SEC. 635 CCP

Deborah E. Johnson
P.O.Box 4448
Carmel, California 93921-4448
Telephone: 831-622-0132

Gerald D. Johnson (Pro Se, filing party)
P.O.Box 4448
Carmel, California 93921-4448
Telephone: 831-622-0132
E-mail: aprgdj@cs.com

Plaintiffs

# United States District Court

## North District Of California

### San Jose Division

| | |
|---|---|
| Deborah E. Johnson and Gerald D. Johnson, | Case No. **C08 00264 PVT** |
| Plaintiffs, | Related Case No. C08 01796 PVT |
| vs. | **"SEPARATE CASE MANAGEMENT STATEMENT"** |
| First Federal Bank Of California | |
| Defendant. | |
| | **Hearing:**<br>Date: June 3, 2008<br>Time: 10:00 a.m.<br>Courtroom: 5<br>Patricia v. Trumbull |

**TO THIS HONORABLE COURT AND DEFENDANT, FIRST FEDERAL BANK OF CALIFORNIA:** Plaintiffs submit the following Separate Case Management Statement per Civil Local Rule 16-9.

Case No. C08 00264 PVT

## SEPARATE CASE MANAGEMENT STATEMENT

1.  **Jurisdiction and Service:** Plaintiffs currently have no issues with the jurisdiction and no additional parties are to be served at this time.

2.  **Facts:** Plaintiffs applied for a loan on their primary residence as husband and wife. Plaintiff, Gerald D. Johnson, was removed from the loan and title to the property by Old Republic Title Company with instructions from Defendant, First Federal Bank Of California. Plaintiff, Gerald D. Johnson's, income was retained on the loan application while his unsecured debt was removed. The loan application has Plaintiff, Gerald D. Johnson, as a person that will be on title. Plaintiffs rescinded the loan immediately after signing but were later convinced by the Defendant that the removal of a party to a loan was normal. Defendant misrepresented the amount owed on back payments to Plaintiffs and the Federal Bankruptcy Court. Documents related to the foreclosure sale, notices mailed to Plaintiffs and recorded for transfer with the Monterey County Recorder's Office were altered or misrepresented by T.D. Service Company at the direction of the Defendant. First Federal Bank Of California funds were used at the inception of the loan and for the transfer of the property. The Defendant has directed the following entities; Old Republic Title Company, PMC Mortgage Company, T.D. Service Company and the law firm of Ruzicka & Wallace, LLP while also utilizing the telephone wire service and U.S. mail service.

3.  **Legal Issues:** The principle legal issues of this case are bank and contract fraud at inception of the contract, during the contract period and upon transfer, violations of Truth In Lending (Regulation Z) and State Of California contract law violations. Federal and California statutes to reference; 18 USC 1344, 18 USC 1962, 18 USC 1343, 18 USC 1957, 18 USC 1345, Ca. Civ. Code 1596 & 1598, 12 CFR 226.23

4.  **Motions:** There are currently 2 motions waiting to be heard. Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint which is scheduled for June 3, 2008 hearing. Plaintiffs' Motion

Case No. C08 00264 PVT

For Partial Remand to answer the unlawful detainer action in Superior Court is not scheduled due to Plaintiffs' filing error.

5.  **Amendment of Pleadings:** At this time Plaintiffs anticipate no additional amendments or pleadings until after discovery.

6.  **Evidence Preservation:** Plaintiffs have not and will not destroy, delete or erase any communications pertaining to or related to this case or any related case.

7.  **Disclosures:** Plaintiffs will request all related documents and communication between Defendant and Old Republic Title, PMC Mortgage and T.D. Service Company. The loan process and transfer require far more documentation than the Defendant has disclosed.

8.  **Discovery:** Plaintiffs will provide Defendant and the related entities with a written request for all documents and communications related to the loan and transfer.

9.  **Class Actions:** Currently this case is not a class action but the Defendant's response in deposition, trial cross examination, documentation in files and methods of providing loans, may lead to a broader claim that may reach a class action status.

10. **Related Cases:** Superior Court Of California case number M89741, unlawful detainer action filed by Defendant, First Federal Bank Of California, has been referred to mediation prior to trial date being set.

11. **Relief:** Plaintiffs relief will be what is required under the RICO Act, 12 CFR 226.23 and any punitive damages allowed. The total monetary damages suffered by the Plaintiffs has not been determined.

12. **Settlement and ADR:** ADR is premature at this time.

13. **Consent to Magistrate Judge For All Purposes:** Plaintiffs have consented to proceed before a Magistrate Judge for all purposes.

14. **Other References:** Plaintiffs will remain open to arbitration, a special master or the Judicial

Case No. C08 00264 PVT

1 | Panel until more knowledge is gained about each.

2 | 15.   **Narrowing of Issues:** Issues may broaden after discovery.

3 | 16.   **Expedited Schedule:** If discovery is completed in a timely manner, Plaintiffs are
4 | willing to move forward.

5 | 17.   **Scheduling:** Plaintiffs are willing to proceed under the current Court schedule.

6 | 18.   **Trial:** Plaintiff has jury trial demand.

7 | 19.   **Disclosure of Non-party Interested Entities or Persons:** All creditors in Plaintiffs
8 | bankruptcy filing are Non-party Interested Entities. A list of those creditors will be provided to
9 | the court on June 3, 2008.

10 | 20.   Plaintiffs have nothing to add.

11 |
12 | Dated: May 27, 2008
                                                _____
                                                Deborah E. Johnson, Plaintiff
13 |
                                                _____
14 |                                             Gerald D. Johnson, Plaintiff (pro se)

Case No. C08 00264 PVT