**Proof Of Service**    FILED

1, _TERI PORTEOUS_    2008 MAY 28   A 10:51
the undersigned hereby declare:

I am over eighteen years of age and not a party to the above action. My address is

_2160 CALIFORNIA AVE., STE. B   SAN JOSE, CA 93955-3172_

On _____, I personally served a true copy of:

_"PLAINTIFFS REQUEST FOR JUDICIAL NOTICE OF" SUPERIOR COURT OF CALIFORNIA'S DENIAL OF MOTION FOR RECONSIDERATION OF MOTION FOR SUMMARY JUDGEMENT AND COURT'S ORDER, "NOTICE OF REFFERAL TO MEDIATION, "SEPERATE CASE MANAGEMENT STATEMENT"_

On the interested party named below, addressed as follows:

> PAMELA COX
> HEMAR, ROUSSO & HEALD, LLP
> 15910 VENTURA BOULEVARD 12th FLOOR
> ENCINO, CALIFORNIA 91436-2829
> Attorneys for Defendant, First Federal Bank of California

(X)   By U.S. First Class Mail, at _SANO City_, I placed such envelope

for deposit with the United States Postal Service by placing for collection and mailing on

that date following ordinary business practices.

(__)   Via Hand Delivery, I delivered such envelope(s) by hand to the offices of the

addressees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _5-28-2008_ at _SANO City, CA._

_Teri Porteous_
Sign Name

_TERI PORTEOUS_
Print Name

1

Case No. C08 00264 PVT