UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 6/3/08

Court Reporter: Jana Ridenour     Clerk: C. Lew

Case No: C 08-00264 PVT     Case Title: Johnson vs. First Federal Bank of California

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Deborah Johnson<br>Gerald Johnson | Pamela Cox |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial   [ ] Status   [ ] Discovery
                        [ ] Settlement   [ ] Final
                        [ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [X] | 1. Motion to Dismiss and Case Management Conference. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted            [X] Submitted           [ ] Settled

[ ] Denied             [ ] Briefs to be filed  [ ] Not Settled

[ ] Granted in part, denied in part            [ ] Off Calendar

[X] Case Management Conference not held and continued to 7/8/08 at 2:00 p.m.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff     [ ] Defendant     [X] Court     [ ] Court w/opinion