IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH E. JOHNSON and GERALD D. JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST FEDERAL BANK OF CALIFORNIA,<br><br>Defendant. | CASE NO. C08-00264PVT<br><br>[Ordered Related to Case No. 08-01796 PVT]<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT<br><br>Hearing:<br>Date : October 7, 2008<br>Time: 10:00 a.m.<br>Courtroom: 5<br><br>Patricia V. Trumbell, Magistrate |

PLEASE TAKE NOTICE that on October 7, 2008, at approximately 10:00 a.m. in Courtroom "5" of the above-entitled Court, the Motion to Dismiss Plaintiffs' Second Amended Complaint for Failure to State a Claim Upon Which Relief Can Be Granted and Lack of Subject Matter Jurisdiction (the "Motion to Dismiss Second Amended Complaint") of Defendant FIRST FEDERAL BANK OF CALIFORNIA ("Defendant") against Plaintiffs GERALD JOHNSON and DEBORAH JOHNSON ("Plaintiffs") came on for hearing.

//

1 | GOOD CAUSE APPEARING THEREFORE:

2 | IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Second Amended

3 | Complaint is granted and the Second Amended Complaint filed by Plaintiffs hereby

4 | dismissed with prejudice.

6 | Dated: _____

Patricia V. Trumbell, Magistrate

|   |   |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | STATE OF CALIFORNIA  ) |
|   |                    ) |
| 3 | COUNTY OF LOS ANGELES) |

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is Hemar, Rousso & Heald, , LLP ("the business") 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2829.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On August 27, 2008, I served the foregoing document described as **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

**DEBORAH E. JOHNSON**
**PO Box 4448**
**Carmel, CA 93921-4448**

**GERALD D. JOHNSON (Pro Se, Filing Party)**
**PO Box 4448**
**Carmel, CA 93921-4448**

At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

___ I delivered such envelope(s) by hand to the offices of the addressees.

___ I caused such copies to be facsimiled to the persons set forth.

___ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XX  (Federal) I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 27, 2008, at Encino, California.

*Lisa Fields*
LISA FIELDS

3