**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNSON, et al., | C 08-00264 PVT |
| *Plaintiff(s),* | and related case no. C 08-1796 PVT |
| | **CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| FIRST FEDERAL BANK OF CALIFORNIA, | |
| *Defendant(s).* | |

Please take notice that the Case Management Conference previously scheduled for September 9, 2008 has been rescheduled for **October 21, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: September 2, 2008

/s/ Corinne Lew
_____
Corinne Lew
DEPUTY CLERK

1  **Deborah E Johnson**
2  **Gerald D. Johnson**
   Post Office Box 4448
3  Carmel, CA 93921-4448
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28